UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-24176

JAWHBS LLC, a Florida limited liability
company; and SLS PROPERTIES THREE,
LLC, a Nevada limited liability company,

       Plaintiffs,

v.

JORGE AREVALO, an individual, *et al.*

       Defendants.

_____/

## DEFENDANT WATSON INVESTIGATIONS, LLC'S VERIFIED MOTION FOR ENTITLEMENT TO AND AWARD OF ATTORNEYS' FEES AND COSTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 AND FLORIDA RULE OF CIVIL PROCEDURE 1.442 AND SECTION 768.79, FLORIDA STATUTES

Defendant, Watson Investigations, LLC ("Watson"), files this Verified Motion for Entitlement to and Award of Attorney's Fees and Costs Pursuant to Federal Rule of Civil Procedure 68, Rule 7.3 of the Local Rules for the Southern District of Florida, Florida Rule of Civil Procedure 1.442 and Section 786.79, Florida Statutes[1], and in support states:

1.     After nearly ten months of litigation and after Watson participated in the aggressive discovery by the Plaintiffs, who opposed any motion to delay discovery while the Joint Motion to Dismiss the Amended Complaint was pending, the Court on August 4, 2016 granted the Defendants' Motion to Dismiss, as to the Plaintiff, SLS Properties Three, LLC ("SLS"), with prejudice based on SLS' lack of standing [ECF No. 176]. Watson now moves to determine entitlement to and an award of attorneys' fees and costs pursuant to the Proposal for

---

[1] *See, Menchise v. Akerman Senterfitt*, 532 F.3d 1146 (11th Cir. 2008); *Jones v. United Space Alliance, L.L.C.*, 494 F.3d 1306, 1309 (11th Cir. 2007).

15263740v1 0981354

Settlement served on Plaintiff SLS pursuant to Section 768.79, Florida Statutes and Fla. R. Civ. P. 1.442.

      2.      On November 7, 2015, Plaintiffs filed a Complaint [D.E. #1] against Watson and others alleging varied and multiple causes of action based upon certain transactions involving the sale of real estate pursuant to an order of the United States Bankruptcy Court for the Southern District of Florida.

      3.      On January 25, 2016, Plaintiffs filed a First Amended Complaint [D.E. #63] against Watson and others which to a great degree mimicked the original Complaint.

      4.      On March 7, 2016, Watson along with the other Defendants filed a Joint Motion to Dismiss the First Amended Complaint [D.E. 92], which, among other things, alleged that SLS lacked standing to be a Plaintiff and bring the action against Watson.

      5.      On May 9, 2016, Watson served a Proposal for Settlement on the Plaintiff SLS and offered the Plaintiff Five Thousand Dollars ($5,000.00) to settle this dispute.  The Proposal for Settlement is attached as Exhibit "A."  The Plaintiff SLS rejected the Proposal for Settlement by failing to accept it within the requisite thirty (30) day period.  *See* Fla. Stat. § 768.79(1), *see also*, Fla. R. Civ. P. 1.442(f).

      6.      Watson is now entitled to fees and costs pursuant to Section 768.79 of the Florida Statutes, which  provides in relevant part:

> In any civil action for damages filed in the courts of state, if a defendant files an offer of judgment which is not accepted by the plaintiff within 30 days, the defendant shall be entitled to recover reasonable costs and attorney's fees incurred by her or him or on the defendant's behalf pursuant to a policy of liability insurance or other contract from the date of filing of the offer if the judgment is one of no liability . . .

15263740v1 0981354

7.       Within 30 days after a voluntary or involuntary dismissal, upon motion of the Defendant, the Court shall determine entitlement to reasonable costs and attorney's fees incurred from the date the offer was served. Fla. Stat. § 768.79(6)(a).

8.       As stated above, on August 4, 2016, this Court dismissed SLS as a Plaintiff with prejudice.

9.       The dismissal of Plaintiff SLS' claims against Watson has resulted in no liability to Watson as to SLS.

10.      The total amount of fees sought by Watson in this matter is $67,114.00, plus $331.14 representing expenses, plus the fees and costs needed to obtain the requested relief herein.  A true and correct copy of the invoices for legal services rendered is attached as Exhibit "B."  The invoices have been redacted as appropriate in order to protect attorney-client privileged materials as well as attorney work product materials.  Following the invoices is a summary of the time spent per timekeeper and the hourly rate of each timekeeper being billed.

11.      The terms of fee agreement are as follows: Hinshaw & Culbertson LLP agreed to charge Watson on an hourly basis using its regular hourly rates of $500 per hour for Partners and $160 per hour for Paralegals.

12.      Attached hereto as Exhibit "C" is a sworn declaration of Ronald L. Kammer as a Partner of Hinshaw & Culbertson LLP, attorneys for Watson.

13.      Attached hereto as Exhibit "D" is a listing of the identity, experience and qualifications for each of the attorney timekeepers for whom fees are sought.

14.      Accordingly, Defendant, Watson, is entitled to reasonable costs, attorneys' fees, and other expenses pursuant to Section 768.79, Florida Statutes and Florida Rule of Civil Procedure 1.442 "incurred from the date the offer was served." Fla. Stat. § 768.79(6)(a).

15263740v1 0981354

**WHEREFORE**, Defendant, Watson Investigations, LLC, respectfully requests this Court grant this Motion entitling it to its reasonable attorneys' fees and costs incurred from May 9, 2016, and grant Defendant such other further relief as this Court deems just and proper. Defendant, Watson Investigations, LLC, specifically reserves its right to supplement this Motion with evidence as to the amount of the award after the Court rules on its entitlement.

## <u>CERTIFICATE OF GOOD FAITH CONFERRAL</u>

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel for Counsel for Watson certifies that on August 8, 2016 and August 24, 2016, they conferred via telephone with Adam Breeden, one of the counsel of record for Plaintiff SLS in order to reach resolution on this matter.  Counsel for SLS has not indicated consent to the requested relief, which will then require a responsive pleading to be filed in accordance with the local rule.

Respectfully submitted,

**HINSHAW & CULBERTSON LLP**

*s/ H. Steven Vogel*
Ronald L. Kammer
FL Bar No. 360589
Email: rkammer@hinshawlaw.com,
dphangsang@hinshawlaw.com
H. Steven Vogel
FL Bar No. 432784
Email: svogel@hinshawlaw.com,
lleon@hinshawlaw.com
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, FL 33134
Ph. 305-358-7747
Fax 305-577-1063
*Counsel for Watson Investigations, LLC and*
*Francis H. Scola, III*

15263740v1 0981354

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 25th day of August, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic filing.

**HINSHAW & CULBERTSON LLP**

*s/ H. Steven Vogel*
H. Steven Vogel

15263740v1 0981354

## **SERVICE LIST**

| | |
|---|---|
| Adam J. Breeden, Esq.<br>Adam@breedenandassociates.com<br>BREEDEN & ASSOCIATES, PLLC<br>1404 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Ph. 702-508-9250<br>Fax 702-508-9365<br>*Co-Counsel for Plaintiffs* | Jerrold A. Wish, Esq.<br>jwish@wishlaw.net<br>THE WISH LAW FIRM<br>1927 NW 104th Way<br>Gainesville, FL 32606<br>Ph.786-200-7077<br>*Co-Counsel for Plaintiffs* |
| Kendall Coffey, Esq.<br>kcoffey@coffeyburlington.com<br>Kevin C. Kaplan, Esq.<br>kkaplan@coffeyburlington.com<br>COFFEY BURLINGTON<br>2601 South Bayshore Drive, PH1<br>Miami, FL 33133<br>Tel: 305.858.2900<br>Fax: 305.858.5261<br>*Counsel for Shutts & Bowen, LLP and Kevin Cowan* | Charles M. Tatelbaum, Esq.<br>cmt@trippscott.com<br>Edward Curtis, Esq.<br>erc@trippscott.com<br>Michael C. Foster, Esq.<br>mcf@trippscott.com<br>TRIPP SCOTT<br>110 S.E. 6th Street, 15th Floor<br>Ft. Lauderdale, FL 33301<br>Ph. 954-525-7500<br>Fax 954-761-7500<br>*Counsel for Steven C. Cronig* |
| Albert F. Delaney<br>Delaneyal@att.net<br>45 Scarlet Woods Court, Suite 1102<br>Spring, TX 77380<br>*Pro Se Defendant* | Thomas Ralph Lehman<br>Levine Kellogg Lehman Schneider<br>Grossman LLP<br>201 S. Biscayne Boulevard<br>The Miami Center<br>22nd Floor<br>Miami, Florida 33131<br>Ph. 305-403-8788<br>Fax 305-403-8789<br>*Counsel for Omar Botero* |
| Lawrence Goodman, Esq.<br>lgoodman@devinegoodman.com<br>DEVINE GOODMAN et. al.<br>2800 Ponce de Leon Boulevard, Suite 1400<br>Coral Gables, FL 33134<br>Ph. 305.374.8200<br>Fax 305.374.8208<br>*Counsel for JA Energy Resources, LLC and Jorge Arevalo* | |

15263740v1 0981354

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-24176

JAWHBS LLC, a Florida limited liability
company; and SLS PROPERTIES THREE,
LLC, a Nevada limited liability company,

       **Plaintiffs,**

v.

JORGE AREVALO, an individual, *et al.*

       **Defendants.**

_____/

## DEFENDANT WATSON INVESTIGATIONS, LLC'S VERIFIED MOTION FOR ENTITLEMENT TO AND AWARD OF ATTORNEYS' FEES AND COSTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 AND FLORIDA RULE OF CIVIL PROCEDURE 1.442 AND SECTION 768.79, FLORIDA STATUTES

Defendant, Watson Investigations, LLC ("Watson"), files this Verified Motion for Entitlement to and Award of Attorney's Fees and Costs Pursuant to Federal Rule of Civil Procedure 68, Rule 7.3 of the Local Rules for the Southern District of Florida, Florida Rule of Civil Procedure 1.442 and Section 786.79, Florida Statutes[1], and in support states:

1.    After nearly ten months of litigation and after Watson participated in the aggressive discovery by the Plaintiffs, who opposed any motion to delay discovery while the Joint Motion to Dismiss the Amended Complaint was pending, the Court on August 4, 2016 granted the Defendants' Motion to Dismiss, as to the Plaintiff, SLS Properties Three, LLC ("SLS"), with prejudice based on SLS' lack of standing [ECF No. 176].  Watson now moves to determine entitlement to and an award of attorneys' fees and costs pursuant to the Proposal for

---

[1] *See, Menchise v. Akerman Senterfitt*, 532 F.3d 1146 (11th Cir. 2008); *Jones v. United Space Alliance, L.L.C.*, 494 F.3d 1306, 1309 (11th Cir. 2007).

15263740v1 0981354

Settlement served on Plaintiff SLS pursuant to Section 768.79, Florida Statutes and Fla. R. Civ. P. 1.442.

2.      On November 7, 2015, Plaintiffs filed a Complaint [D.E. #1] against Watson and others alleging varied and multiple causes of action based upon certain transactions involving the sale of real estate pursuant to an order of the United States Bankruptcy Court for the Southern District of Florida.

3.      On January 25, 2016, Plaintiffs filed a First Amended Complaint [D.E. #63] against Watson and others which to a great degree mimicked the original Complaint.

4.      On March 7, 2016, Watson along with the other Defendants filed a Joint Motion to Dismiss the First Amended Complaint [D.E. 92], which, among other things, alleged that SLS lacked standing to be a Plaintiff and bring the action against Watson.

5.      On May 9, 2016, Watson served a Proposal for Settlement on the Plaintiff SLS and offered the Plaintiff Five Thousand Dollars ($5,000.00) to settle this dispute.  The Proposal for Settlement is attached as Exhibit "A."  The Plaintiff SLS rejected the Proposal for Settlement by failing to accept it within the requisite thirty (30) day period.  *See* Fla. Stat. § 768.79(1), *see also*, Fla. R. Civ. P. 1.442(f).

6.      Watson is now entitled to fees and costs pursuant to Section 768.79 of the Florida Statutes, which  provides in relevant part:

> In any civil action for damages filed in the courts of state, if a defendant files an offer of judgment which is not accepted by the plaintiff within 30 days, the defendant shall be entitled to recover reasonable costs and attorney's fees incurred by her or him or on the defendant's behalf pursuant to a policy of liability insurance or other contract from the date of filing of the offer if the judgment is one of no liability . . .

15263740v1 0981354

7.     Within 30 days after a voluntary or involuntary dismissal, upon motion of the Defendant, the Court shall determine entitlement to reasonable costs and attorney's fees incurred from the date the offer was served. Fla. Stat. § 768.79(6)(a).

8.     As stated above, on August 4, 2016, this Court dismissed SLS as a Plaintiff with prejudice.

9.     The dismissal of Plaintiff SLS' claims against Watson has resulted in no liability to Watson as to SLS.

10.    The total amount of fees sought by Watson in this matter is $67,114.00, plus $331.14 representing expenses, plus the fees and costs needed to obtain the requested relief herein.  A true and correct copy of the invoices for legal services rendered is attached as Exhibit "B."  The invoices have been redacted as appropriate in order to protect attorney-client privileged materials as well as attorney work product materials.  Following the invoices is a summary of the time spent per timekeeper and the hourly rate of each timekeeper being billed.

11.    The terms of fee agreement are as follows: Hinshaw & Culbertson LLP agreed to charge Watson on an hourly basis using its regular hourly rates of $500 per hour for Partners and $160 per hour for Paralegals.

12.    Attached hereto as Exhibit "C" is a sworn declaration of Ronald L. Kammer as a Partner of Hinshaw & Culbertson LLP, attorneys for Watson.

13.    Attached hereto as Exhibit "D" is a listing of the identity, experience and qualifications for each of the attorney timekeepers for whom fees are sought.

14.    Accordingly, Defendant, Watson, is entitled to reasonable costs, attorneys' fees, and other expenses pursuant to Section 768.79, Florida Statutes and Florida Rule of Civil Procedure 1.442 "incurred from the date the offer was served." Fla. Stat. § 768.79(6)(a).

**WHEREFORE**, Defendant, Watson Investigations, LLC, respectfully requests this Court grant this Motion entitling it to its reasonable attorneys' fees and costs incurred from May 9, 2016, and grant Defendant such other further relief as this Court deems just and proper. Defendant, Watson Investigations, LLC, specifically reserves its right to supplement this Motion with evidence as to the amount of the award after the Court rules on its entitlement.

## CERTIFICATE OF GOOD FAITH CONFERRAL

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel for Counsel for Watson certifies that on August 8, 2016 and August 24, 2016, they conferred via telephone with Adam Breeden, one of the counsel of record for Plaintiff SLS in order to reach resolution on this matter.  Counsel for SLS has not indicated consent to the requested relief, which will then require a responsive pleading to be filed in accordance with the local rule.

Respectfully submitted,

**HINSHAW & CULBERTSON LLP**

*s/ H. Steven Vogel*
Ronald L. Kammer
FL Bar No. 360589
Email: rkammer@hinshawlaw.com,
dphangsang@hinshawlaw.com
H. Steven Vogel
FL Bar No. 432784
Email: svogel@hinshawlaw.com,
lleon@hinshawlaw.com
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, FL 33134
Ph. 305-358-7747
Fax 305-577-1063
*Counsel for Watson Investigations, LLC and Francis H. Scola, III*

15263740v1 0981354

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on the 25th day of August, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic filing.

**HINSHAW & CULBERTSON LLP**

<u>*s/ H. Steven Vogel*</u>
H. Steven Vogel

**SERVICE LIST**

| | |
|---|---|
| **Adam J. Breeden, Esq.**<br>**Adam@breedenandassociates.com**<br>BREEDEN & ASSOCIATES, PLLC<br>1404 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Ph. 702-508-9250<br>Fax 702-508-9365<br><br>*Co-Counsel for Plaintiffs* | **Jerrold A. Wish, Esq.**<br>**jwish@wishlaw.net**<br>THE WISH LAW FIRM<br>1927 N.W. 104th Way<br>Gainesville, FL 32606<br>Ph. 786-200-7077<br><br>*Co-Counsel for Plaintiffs* |
| **Kendall Coffey, Esq.**<br>**kcoffey@coffeyburlington.com**<br>**David J. Zack, Esq.**<br>**dzack@coffeyburlington.com**<br>COFFEY BURLINGTON<br>2601 South Bayshore Drive, PH1<br>Miami, FL 33133<br>Tel: 305.858.2900<br><br>*Counsel for Shutts & Bowen, LLP and Kevin Cowan* | **Charles M. Tatelbaum, Esq.**<br>**cmt@trippscott.com**<br>**Edward Curtis, Esq.**<br>**erc@trippscott.com**<br>**Michael C. Foster, Esq.**<br>**mcf@trippscott.com**<br>**Christina V. Paradowski, Esq.**<br>**cvp@trippscott.com**<br>TRIPP SCOTT<br>110 S.E. 6th Street, 15th Floor<br>Ft. Lauderdale, FL 33301<br>Ph. 954-525-7500<br><br>*Counsel for Steven C. Cronig* |
| **Albert F. Delaney**<br>**Delaneyal@att.net**<br>**vfsdelaney@att.net**<br>45 Scarlet Woods Court<br>Suite 1102<br>Spring, TX 77380<br><br>*Pro Se Defendant* | **Ian I. Martinez, Esq.**<br>**imartinez@bmrlawgroup.com**<br>BELLO & MARTINEZ, PLLC<br>2850 Douglas Road, Suite 303<br>Coral Gables, FL 33134<br>Ph. 305.442.7970<br>*Co-Counsel for Defendants*<br>*Alianza Financial Services, LLC and*<br>*Alianza Holdings, LLC and Omar Botero* |
| **Lawrence Goodman, Esq.**<br>**lgoodman@devinegoodman.com**<br>**Caitlin M. Clarke, Esq.**<br>**cclark@devinegoodman.com**<br>**efiling @devinegoodman.com**<br>DEVINE GOODMAN et. al.<br>2800 Ponce de Leon Boulevard, Suite 1400<br>Coral Gables, FL 33134<br>Ph. 305.374.8200<br><br>*Counsel for JA Energy Resources, LLC and Jorge Arevalo* | **Andrew P. Kawel, Esq.**<br>**apkawel@kawellaw.com.**<br>KAWEL, PLLC<br>2850 Douglas Rd., Suite 303<br>Coral Gables, FL 33134<br>Ph. 305.209.4529<br>*Co-Counsel for Defendants*<br>*Alianza Financial Services, LLC and*<br>*Alianza Holdings, LLC and Omar Botero* |

| | |
|---|---|
| **Thomas Ralph Lehman**<br>**trl@lklsg.com**<br>**Levine, Kellog, Lehman, Schneider**<br>**Grossman, LLP**<br>201 S. Biscayne Blvd., 22nd Floor<br>Miami, FL 33131<br>Phone: 305 403-8788<br><br>***Counsel for Defendant, Omar Botero*** | |

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JAWHBS LLC, a Florida limited liability
company; and SLS PROPERTIES THREE,
LLC, a Nevada limited liability company,

          **Plaintiffs,**

**vs.**

JORGE     AREVALO,     an     individual;
JA ENERGY RESOURCES, LLC, a Florida
limited   liability   company;   SHUTTS   &
BOWEN, LLP, a Florida limited liability
partnership;   KEVIN   D.   COWAN,   an
individual; OMAR BOTERO, an individual;
ALIANZA FINANCIAL SERVICES, LLC, a
Florida limited liability company; ALIANZA
HOLDINGS, LLC, a Florida limited liability
partnership;   AL   DELANEY,   an   individual;
CRYSTAL TOWER PARTNERS II, LLC, a
Florida limited liability company; CRYSTAL
TOWER ON BRICKELL PLAZA, LLC, a
Florida limited liability company; WATSON
INVESTIGATIONS, LLC, a Florida limited
liability   company;   STEVEN   CARLYLE
CRONIG, an individual,

          **Defendants**

_____ /

Case No.:1:15-24176-cv-GAYLES

## WATSON INVESTIGATIONS LLC'S OFFER OF JUDGMENT AND PROPOSAL FOR SETTLEMENT TO PLAINTIFF SLS PROPERTIES THREE, LLC

       Defendant, Watson Investigations, LLC ("Watson") serves this Offer of Judgment and Proposal for Settlement to Plaintiff SLS PROPERTIES THREE, LLC ("SLS"):

       1.      This Offer of Judgment / Proposal for Settlement is made pursuant to Section 768.79, Florida Statutes, and Rule 1.442, Florida Rules of Civil Procedure.

       2.      The total amount of this Offer of Judgment / Proposal for Settlement is Five thousand dollars ($5,000.00).

       3.      This Offer of Judgment / Proposal for Settlement is made by Watson.

4.      This Offer of Judgment / Proposal for Settlement is made to SLS.

5.      This Offer of Judgment / Proposal for Settlement is intended to resolve all claims against Watson arising out of the occurrences, losses, and damages referred to in SLS' First Amended Complaint and in any subsequently filed Amended Complaint.

6.      The conditions for SLS' acceptance of this Offer of Judgment / Proposal for Settlement are as follows:

> a.      SLS shall provide Watson a signed stipulation for the dismissal of this lawsuit with prejudice and with the provision that SLS shall bear its own costs and attorney's fees; and
>
> b.      SLS shall provide Watson a general release of SLS' claims in this lawsuit, in a form substantially as set forth in the attached Release.

7.      Plaintiff SLS' claims include requests for punitive damages.  The amount of this Proposal to Plaintiff SLS includes the payment of all punitive damages which Plaintiff SLS claims or may be entitled to recover, if any, from Watson in the above styled action.

8.      This Offer of Judgment / Proposal for Settlement is inclusive of interest, all costs, and attorney's fees.  Attorney's fees are asserted as part of SLS' suit against Watson.

**Dated: May 9, 2016**

Case No.:1:15-24176-cv-GAYLES

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 9th day of May, 2016, a true and correct copy of the foregoing was served via facsimile, electronic mail and certified U.S. Mail on counsel for Plaintiffs as follows:

| | |
|---|---|
| Adam J. Breeden, Esq.<br>Adam@breedenandassociates.com<br>BREEDEN & ASSOCIATES, PLLC<br>1404 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Ph. 702-508-9250<br>Fax 702-508-9365<br>*Co-Counsel for Plaintiffs* | Jerrold  A.  Wish,  Esq.jwish@wishlaw.net<br>THE WISH LAW FIRM<br>1927 NW 104th Way<br>Gainesville, FL 32606<br>Ph. 786-200-7077<br>Fax:  352-226-8370<br>*Co-Counsel for Plaintiffs* |

By: */s/  H. Steven Vogel*
Ronald L. Kammer
FL Bar No. 360589
Email:  rkammer@hinshawlaw.com,
dphangsang@hinshawlaw.com
H. Steven Vogel
FL Bar No. 432784
Email:  svogel@hinshawlaw.com,
lleon@hinshawlaw.com
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, FL 33134
Ph. 305-358-7747
Fax 305-577-1063
*Counsel for Watson Investigations, LLC*

3

Case No.:1:15-24176-cv-GAYLES

## RELEASE

**THIS RELEASE** (the "Release") is made and entered into by SLS PROPERTIES THREE, LLC ("SLS") and to SLS's agents, employees, servants, and parent and affiliated companies ("Releasor") and given to Watson Investigations, LLC ("Watson") and to Watson's agents, employees, servants, and parent and affiliated companies (hereinafter collectively referred to as "Releasees")(collectively "The Parties").

WHEREAS, there is pending in the United States District Court for the Southern District of Florida (Miami Division), a case titled *JAWHBS LLC and SLS Properties Three LLC v. Jorge E. Arevalo*, et al., Case No. 15-24176-CV-GAYLES (the "Action");

WHEREAS, Releasor and Releasees wish to resolve all claims, disputes, and differences between them that arise in any way out of the Action, or the occurrences, losses, and damages described in the First Amended Complaint in the Action and in any subsequently filed amended complaints in the Action;

NOW, THEREFORE, Releasor agrees and covenants as follows:

1.       Releasor agrees to accept five thousand dollars ($5,000.00), paid by Watson to Releasor as payment in full settlement, accord, and satisfaction of any claims, demands, rights, and liens that Releasor has or may have, directly or derivatively, accrued or contingent, against Releasees that in any way arise out of or relate to the Action.

2.       In exchange for the consideration presented in Paragraph 1, and for other good and valuable consideration, the sufficiency and receipt of which is hereby acknowledged by Releasor, on behalf of itself, and each of its predecessors, successors and assigns, Releasor does hereby forever release, acquit, and discharge Releasees from any and all claims, demands, obligations, judgments, actions, causes of action, and liabilities for losses and damages, including compensatory, punitive and exemplary damages, whether personal, property, or economic, whether now known or unknown, that in any way arose out of, will arise out of, or are related to, the Action, that are or were the subject of the Action, or that in any way arose or will arise out of any occurrence, loss, or damage that is, was, or could have been alleged in the Action (the "Released Claims"). It is the intent of Releasor to effect a general release of all of its Released Claims against the Releasees from the beginning of the world to the date of this Release.

3.       This Release is executed with Releasor's full understanding that the losses, damages, and occurrences alleged in the Action, may result in further damages or effects that may not now be known or suspected by Releasor, and that Releasor may have no reason to know or suspect; nevertheless, it is Releasor's intent by this Release to fully compromise, settle, and release any and all claims, against any of the Releasees, that Releasor now has or may hereafter acquire in any manner by reason of or arising out of or relating to the Action.

4.       Releasor agrees to perform all acts necessary to dismiss Releasor's claims in the Action as to the Releasees with prejudice. To that end, Releasor shall immediately execute and file with the appropriate court a fully executed Stipulation of Dismissal with Prejudice of the claims of the Releasor as to the Releasees which provides that each party is to bear its own costs and attorneys' fees.

5.       Releasor hereby acknowledges that it has not relied on any statement, representation, omission, inducement, or promise or any other party (or any officer, agent,

4

15224862v1 0981354

employee, representative or attorney for any other party) in executing this Release, or making the settlement provided for herein, except as expressly stated in this Release.

6.      Releasor agrees that the exchange of consideration described herein and the underlying settlement are the compromise of doubtful and disputed claims and are not to be construed as an admission of any liability, fault, or responsibility on the part of Releasees or any of the other Released parties, by whom liability and fault is, and has always been, expressly denied.

7.      This Agreement shall be governed by and construed in accordance with the laws of the State of Florida.  This Agreement shall be considered to have been negotiated, executed and delivered, and to be wholly performed, in the State of Florida.  The rights and obligations of the Parties to this Agreement shall be construed, enforced in accordance with, and governed by, the substantive laws of the State of Florida, without regard to conflict of laws principles.  Any dispute arising out of this Agreement or its terms shall be resolved exclusively by the United States District Court in the Southern District of Florida.  The prevailing party in any such proceeding shall be entitled to recover its reasonable attorneys' fees.

8.      Releasor represents and warrants that it is fully authorized and has the capacity to give this Release.

9.      This release integrates all understandings, promises, and representations between the parties of every kind and nature.  Any promise, undertaking, or representation not contained within the terms of this Release was intentionally omitted, because the parties intend this Release to supersede all such prior and concurrent promises, representations and undertakings.  This Release may not be amended or modified without prior express written consent of both Releasor and Releasees.

10.      If any provision of this Release is held to be illegal or invalid by a court of competent jurisdiction, such provision shall: (i) be reduced to the minimum extent necessary to be legal and valid, as long as the revised provision remains consistent with the intent of the parties expressed herein.  Neither such revision nor such severance and deletion shall affect the validity of the remaining provisions of this Release.

11.      Releasor agrees that a facsimile or scanned signature on this Release may substitute for and have the same legal effect as the original signature.

12.      The Parties hereto and their counsel agree that the terms and conditions of this Agreement, as well as any exhibits attached hereto and incorporated by reference, and the negotiations that preceded its execution, shall remain confidential and shall not be disclosed to any person or entity not a Party hereto without the prior written consent of all Parties hereto.  The Parties and their counsel agree that, should inquiries be made regarding the Action, the Parties and their counsel will limit their response to the following: "The Action [and/or as the particular circumstances and inquiry may warrant] has been resolved.  The Parties have agreed not to comment on the matter further." Nothing in this Agreement shall prohibit either Party from disclosing the terms of this Agreement (i) in an action to enforce this Agreement pursuant to a confidentiality order, (ii) to their outside counsel or  accountants or (iii) where required by applicable law or regulation.  In addition, nothing in this Agreement shall prohibit any Party from responding to any court order, subpoena, or request for information from a government or regulatory entity or self-regulatory organization, though any Party receiving such a request, if

permitted by law, shall provide the other Party with written notice of such request, by email and overnight courier, as soon as practicable and, in any event, prior to disclosure." Finally, the Parties further agree in good faith to take all reasonable measures available to them to ensure that the terms of this Agreement are not disclosed in any manner to third persons by individuals in the Parties, their attorneys or their agents employ or control. Furthermore, neither party hereto will voluntarily testify in any arbitration proceedings or other legal or judicial proceedings against the other with respect to any transactions, claims or issues that are being settled herein except pursuant to a valid subpoena. The Parties and their counsel agree that the breach of this confidentiality/non-disclosure provision gives rise to irreparable harm and the Parties shall have the right to pursue any/all remedies at law or in equity to avoid this harm.

13.      The Parties shall not state or cause to be stated or take or cause to be taken any action intended, or which would reasonably be expected, to harm any other Party, or their reputation or would reasonably be expected to lead to unwarranted or unfavorable publicity to any other Party.

**IN WITNESS WHEREOF**, I declare that I have read and understand this Release, and executed this Release on the date hereunder:

**SLS PROPERTIES THREE, LLC**

DATE: _____      BY:_____
                                                 Name:
                                                 Title:

STATE OF FLORIDA                    )
                                       ) ss
COUNTY OF_____         )

BEFORE ME this day personally appeared a representative of SLS PROPERTIES THREE, LLC, to me personally known (or who produced _____ as identification), and who executed the foregoing Release, acknowledged that he executed the same of his own free act and deed, and who did/did not take an oath. Given under my hand and seal of office this _____ day of _____, 2016.

                                        _____
                                        Notary Public

                                        My commission expires _____

6

# EXHIBIT "B"

CLIENT COPY

# HINSHAW

& C U L B E R T S O N   L L P

Payment Address:
HINSHAW & CULBERTSON
8142 SOLUTIONS CENTER DR.
CHICAGO IL 60677-8001

312.704.3000
IRS IDENTIFICATION NO. 36-2128133

**\* INTERIM \***
**Invoice No: 11589336**

JUNE 16, 2016

SC JL
In Connection with our Matter: 981354

Watson Brickell Development, LLC
Steve C Cronig
c/o Hinshaw & Culbertson LLP
2525 Ponce De Leon Blvd.
4th Floor
Coral Gables, FL 33134

WATSON BRICKELL VS. JAWHBS LLC & SLS PRO
Claimant:   SLS PROPERTIES
Represent:   Watson Brickell

| | |
|---|---:|
| For professional services rendered through MAY 31, 2016 .......... | $9,050.00 |
| For disbursements paid through MAY 26, 2016 ................... | $62.78 |
| Total amount due this invoice ............................... | $9,112.78 |

If you have any questions concerning this invoice please contact STEVEN C. CRONIG, MIAMI office at (305) 358-7747.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997)

## R E T U R N   W I T H   P A Y M E N T

JUNE 16, 2016
Invoice:   11589336
Payor:   81132
Matter:   981354

Regarding:

| | | |
|---|---|---:|
| | Fees: | $9,050.00 |
| | Disbursements: | $62.78 |
| | Total this invoice: | $9,112.78 |

PAYMENT DUE ON THIS INVOICE ........................ $9,112.78

▓▓▓▓▓▓▓▓▓▓▓▓ ........................ ▓▓▓▓▓▓

(See last page for details)

**To Wire Payment:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**REFERENCE INVOICE NUMBER**

WATSON BRICKELL DEVELOPMENT, LLC                        Page: 2  JUNE 16, 2016
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO               0981354-11589336

SERVICES:

| | | | |
|---|---|---|---|
| 05/02/16 | HSV | DRAFT PROPOSAL FOR SETTLEMENT/OFFER OF JUDGMENT FROM WATSON TO PLAINTIFF JAWHBS LLC AND SLS PROPERTIES THREE LLC. | 1.10 |
| 05/02/16 | SC | CONFIRM RESPONSE DEADLINES FOR RULE 11 MOTIONS. | 0.30 |
| 05/04/16 | RLK | REVIEW THE DISCOVERY ORDER | 0.10 |
| 05/04/16 | RLK | REVIEW AND RESPOND TO A LETTER FROM BREEDEN REGARDING THE POST CLOSING DOCUMENTS | 0.10 |
| 05/05/16 | HSV | DRAFT PROPOSAL FOR SETTLEMENT/OFFER OF JUDGMENT FROM STEVEN C. CRONIG TO PLAINTIFF JAWHBS LLC AND SLS PROPERTIES THREE LLC. | 1.10 |
| 05/05/16 | RLK | REVIEW AND RESPOND TO A LETTER FROM MR. BREEDEN REGARDING DISCOVERY MATTERS | 0.10 |
| 05/09/16 | HSV | FINALIZE PROPOSALS FOR SETTLEMENT FROM WATSON TO THE PLAINTIFFS AND ASSOCIATED RELEASE FORMS IN ADVANCE OF SERVICE OF SAME. | 1.20 |
| 05/09/16 | RLK | FURTHER PREPARATION OF THE PROPOSALS FOR SETTLEMENT | 0.10 |
| 05/10/16 | RLK | INITIAL REVIEW OF DELANEY'S DISCOVERY RESPONSES | 0.20 |
| 05/12/16 | HSV | UNDERTAKE ████████████████████████ ████████████████████████████████ ████ DOCUMENTS ██ THE RELEASE OF MR MANUEL ████. | 1.20 |
| 05/12/16 | RLK | REVIEW SHUTTS AND COWAN'S DISCOVERY RESPONSES | 0.10 |
| 05/12/16 | RLK | ██████████████████████████ | 0.10 |
| 05/16/16 | RLK | REVIEW NOTICE OF HEARING AND LETTERS FROM BREEDEN AND TATALBAUM REGARDING THE MOTION TO COMPEL AND ISSUES RAISED THEREIN | 0.10 |
| 05/16/16 | SC | ██████████████████████████████ ██████████████████████████████ ████████ █████████████████); ██████████████████████████ ██████████████████ | 1.00 |

WATSON BRICKELL DEVELOPMENT, LLC                          Page: 3  JUNE 16, 2016
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO                0981354-11589336

| | | | |
|---|---|---|---|
| 05/19/16 | RLK | REVIEW SUPPLEMENTAL DISCOVERY RESPONSES AND RESPOND TO A LETTER FROM THE CLIENT REGARDING SAME | 0.20 |
| 05/19/16 | SC | ████████████████████████████████████ | 0.50 |
| 05/20/16 | SC | RECEIPT AND REVIEW OF SHUTTS RESPONSES; RECEIPT AND REVIEW OF EMAIL FROM C. TATELBAUM; EMAIL TO C. TATELBAUM REGARDING ████████████ ████████████ | 1.00 |
| 05/23/16 | HSV | REVIEW AND ANALYZE THE PLAINTIFFS' FIRST SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A) AND DOCUMENTS PRODUCED. | 1.20 |
| 05/24/16 | HSV | ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ | 2.50 |
| 05/24/16 | RLK | ████████████████████████████████ ████████████████████ | 0.40 |
| 05/24/16 | SC | MEETING WITH C. TATELBAUM, R. KAMMER AND S. VOGEL ████████████████████████████ ████████████████████████ | 1.00 |
| 05/27/16 | HSV | TELEPHONE CONFERENCE WITH COUNSEL REGARDING ████████████████████████████████████ ████████████████████████████████ | 0.50 |
| 05/27/16 | RLK | BRIEF REVIEW OF THE SECOND AMENDED COMPLAINT | 0.20 |
| 05/27/16 | RLK | CONFER WITH CO-COUNSEL REGARDING THE ████████████████████ (.4); ████████████████████ ████████████████████████████████ (.2); ████████████████████████REGARDING ████████████████████████ (.1) | 0.70 |
| 05/27/16 | SC | RECEIPT AND REVIEW OF PLAINTIFFS SECOND AMENDED COMPLAINT; ████████████████████ ████████████████████████████████ ████████████████████████████████ ████████████████ | 1.00 |
| 05/28/16 | RLK | REVIEW AND RESPOND TO A LETTER FROM BREEDEN REGARDING THE MOTION TO AMEND | 0.10 |

WATSON BRICKELL DEVELOPMENT, LLC                            Page: 4  JUNE 16, 2016
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO                   0981354-11589336

| | | | |
|---|---|---|---|
| 05/31/16 | HSV | BEGIN DRAFTING MEMORANDUM OF LAW IN SUPPORT OF THE DEFENDANT, WATSON INVESTIGATIONS, LLC'S OBJECTIONS TO THE PLAINTIFFS' REQUEST TO PRODUCE. | 1.90 |
| 05/31/16 | RLK | PREPARE LETTER TO BREEDEN REGARDING THE MOTION TO AMEND | 0.10 |

Total hours this matter: 18.10
Total fees this matter:      $9,050.00

DISBURSEMENTS:

| | | |
|---|---|---|
| 02/04/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG | 0.90 |
| 02/04/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG DOCUMENT 54-0 | 0.30 |
| 02/04/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG DOCUMENT 34-0 | 1.10 |
| 02/04/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG DOCUMENT 35-0 | 0.30 |
| 02/15/16 | PACER ONLINE RESEARCH PERFORMED BY  FILED FROM: 12/7/2015 FILED TO: TODAY | 5.60 |
| 02/15/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG | 0.90 |
| 02/15/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG DOCUMENT 13-0 | 2.50 |
| 02/15/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG DOCUMENT 14-0 | 0.30 |
| 02/15/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG DOCUMENT 11-1 | 0.10 |
| 02/15/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG DOCUMENT 11-0 | 0.40 |
| 02/15/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG DOCUMENT 9-0 | 1.10 |
| 02/15/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG DOCUMENT 15-0 | 0.40 |
| 02/24/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG | 1.00 |
| 02/24/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG DOCUMENT 80-0 | 2.20 |
| 02/24/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG DOCUMENT 80-1 | 0.60 |

WATSON BRICKELL DEVELOPMENT, LLC
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO

| Date | Description | Amount |
|---|---|---|
| 02/24/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG | 1.00 |
| 02/29/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG | 1.10 |
| 03/17/16 | PACER ONLINE RESEARCH PERFORMED BY  1:15-CV-24176-DPG | 1.30 |
| 05/09/16 | 21 COPIES @ 0.23/COPIES | 4.83 |
| 05/09/16 | 14 COPIES @ 0.23/COPIES | 3.22 |
| 05/09/16 | 6 PAGES @ 0.75/FAX-OUTGO | 4.50 |
| 05/10/16 | 2 COPIES @ 0.23/COPIES | 0.46 |
| 05/10/16 | 1 COPIES @ 0.23/COPIES | 0.23 |
| 05/16/16 | WESTLAW ONLINE RESEARCH PERFORMED BY CRONIG,STEVEN C | 11.26 |
| 05/16/16 | POSTAGE | 1.77 |
| 05/17/16 | WESTLAW ONLINE RESEARCH PERFORMED BY CRONIG,STEVEN C | 13.53 |
|  | PHONE CHARGES | 1.88 |
|  | Total disbursements this matter: | 62.78 |

| | |
|---|---|
| Total fees this bill | $9,050.00 |
| Total disbursements this bill | $62.78 |
| Total this bill | $9,112.78 |

WATSON BRICKELL DEVELOPMENT, LLC
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO

Page: 6  JUNE 16, 2016
0981354-11589336

| | Recap of Fees: Timekeeper, Hours, Rate | | | | | | |
|---|---|---|---|---|---|---|---|
| SC | CRONIG, STEVEN C | 4.80 | Hours | at | 500.00 | = | $2,400.00 |
| HSV | VOGEL, JR., H. STEVEN | 10.70 | Hours | at | 500.00 | = | $5,350.00 |
| RLK | KAMMER, RONALD L. | 2.60 | Hours | at | 500.00 | = | $1,300.00 |
| | | | | | | | $9,050.00 |

### Recap of Disbursements:

| | |
|---|---|
| PHOTOCOPY CHARGES | $8.74 |
| LEGAL RESEARCH | $45.89 |
| MISCELLANEOUS | $1.77 |
| TELECOPIER CHARGES | $4.50 |
| TELEPHONE CHARGES | $1.88 |
| Total disbursements | $62.78 |

### Unpaid Prior Invoices *

| Number | Date | Amount Due |
|---|---|---|


| This Invoice | $9,112.78 |

\* If you have any questions concerning prior invoices, please call our Accounts Receivable Department at (312) 704-3443.

CLIENT COPY

# HINSHAW

## & CULBERTSON LLP

Payment Address:
HINSHAW & CULBERTSON
8142 SOLUTIONS CENTER DR.
CHICAGO IL 60677-8001

312.704.3000
IRS IDENTIFICATION NO. 36-2128133

**\* INTERIM \***
**Invoice No: 11597076**

JULY 14, 2016

SC RS
In Connection with our Matter: 981354

Watson Brickell Development, LLC
Steve C Cronig
c/o Hinshaw & Culbertson LLP
2525 Ponce De Leon Blvd.
4th Floor
Coral Gables, FL 33134

WATSON BRICKELL VS. JAWHBS LLC & SLS PRO
Claimant:   SLS PROPERTIES
Represent:   Watson Brickell

| | |
|---|---|
| For professional services rendered through JUNE 30, 2016 . . . . . . . . . . | $30,414.00 |
| For disbursements paid through JUNE 29, 2016 . . . . . . . . . . . . . . . . . . . | $59.47 |
| Total amount due this invoice . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $30,473.47 |

If you have any questions concerning this invoice please contact STEVEN C. CRONIG, MIAMI office at (305)
358-7747.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997)

## RETURN WITH PAYMENT

JULY 14, 2016
Invoice:    11597076
Payor:    81132
Matter:    981354

Regarding:

| | |
|---|---|
| Fees: | $30,414.00 |
| Disbursements: | $59.47 |
| Total this invoice: | $30,473.47 |

PAYMENT DUE ON THIS INVOICE . . . . . . . . . . . . . . . . . . . . . . . $30,473.47

(See last page for details)

**To Wire Payment:** ~~The Private Bank and Trust Company Chicago IL~~
**REFERENCE INVOICE NUMBER**

WATSON BRICKELL DEVELOPMENT, LLC
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO

Page: 2  JULY 14, 2016
0981354-11597076

SERVICES:

| 06/01/16 | RLK | REVIEW SEVERAL LETTERS REGARDING DISCOVERY INCLUDING BREEDEN'S REQUESTS FOR DEPOSITIONS | 0.10 |
|---|---|---|---|
| 06/01/16 | SC | RECEIPT AND REVIEW OF PLAINTIFF'S MOTION TO ALLOW SECOND AMENDMENT; EMAIL TO C. TATELBAUM. | 0.60 |
| 06/02/16 | HSV | PERFORM ███████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ ██████████████ | 1.90 |
| 06/02/16 | RLK | REVIEW AND RESPOND TO SEVERAL LETTERS REGARDING DELANEY'S DEPOSITION | 0.10 |
| 06/02/16 | SC | CONFERENCE CALL WITH ALL DEFENSE COUNSEL ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████ | 1.00 |
| 06/03/16 | HSV | REVIEW ████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████ | 5.90 |
| 06/03/16 | RLK | ANALYZE HOW TO RESPOND TO THE SECOND AMENDED COMPLAINT IN LIGHT OF THE COURT'S ORDER | 0.10 |
| 06/06/16 | HSV | REVIEW CASE LAW FROM VARIOUS VENUES ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ████████████ | 2.90 |
| 06/06/16 | RLK | REVIEW LETTER FROM BREEDEN TO ALL COUNSEL REGARDING DISCOVERY MATTERS INCLUDING THE DEPOSITIONS OF THE WITNESSES AND PARTIES | 0.10 |

WATSON BRICKELL DEVELOPMENT, LLC                         Page: 3  JULY 14, 2016
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO                     0981354-11597076

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/06/16 | SC | ~~RECEIPT AND REVIEW OF MEMORANDUM OF LAW REGARDING POST-CLOSING DISCOVERY, EDIT MEMORANDUM, PREPARE REDLINE, EMAIL TO R. KAMMER AND S. VOGEL.~~ | 1.50 |
| 06/07/16 | HSV | REVIEW DRAFT MOTION TO DEFER DEPOSITION/FOR PROTECTIVE ORDER REGARDING THE DEPOSITIONS OF THE VARIOUS DEFENDANTS IN THE CASE. | 0.70 |
| 06/07/16 | RLK | REVIEW LETTER REGARDING THE ACCEPTANCE OF SERVICE FOR MR. SCOLA | 0.10 |
| 06/07/16 | RLK | REVIEW LETTER FROM BREEDEN REGARDING ACCEPTING SERVICE FOR MR. SCOLA | 0.10 |
| 06/08/16 | RLK | PREPARE LETTER TO BREEDEN REGARDING ACCEPTING SERVICE FOR WATSON | 0.10 |
| 06/08/16 | RLK | REVIEW LETTER FROM BREEDEN REGARDING THE DEPOSITIONS OF THE DEFENDANTS | 0.10 |
| 06/09/16 | CRA | REVIEW AND ANALYSIS OF WATSON INVESTIGATIONS, LLC'S AND STEVEN CRONIG'S JOINT MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS; RESEARCH AND GATHER ALL CASE LAW CITED THEREIN FOR SUBMISSION TO JUDGE. | 2.90 |
| 06/09/16 | HSV | ~~REVIEW COMMENTS/REVISIONS FROM COUNSEL AND CONTINUE DRAFTING MEMORANDUM OF LAW IN SUPPORT OF THE DEFENDANT WATSON INVESTIGATIONS, LLC'S OBJECTIONS TO THE PLAINTIFFS' REQUEST TO PRODUCE.~~ | 0.90 |
| 06/09/16 | SC | ~~PREPARE ADDENDUM TO JOINT DEFENSE AGREEMENT ADDING MR. SCOLA, EMAIL TO MR. CINI.~~ | 0.60 |
| 06/13/16 | HSV | FINAL REVIEW OF ~~CASE LAW FROM VARIOUS VENUES INCLUDING BANKRUPTCY AND U.S. DISTRICT COURT REGARDING THE DEPOSITION OF FAIR MARKET AND OTHER VALUATION POINTS IN THE CITED CASES AND DRAFT FINALIZE VERSIONS OF SAME WITHIN SUPPORT OF THE DEFENDANT WATSON INVESTIGATIONS, LLC'S OBJECTIONS TO THE PLAINTIFFS' REQUEST TO PRODUCE.~~ | 3.50 |
| 06/13/16 | HSV | DRAFT CORRESPONDENCE TO PLAINTIFFS' COUNSEL AND DEFENSE COUNSEL REGARDING THE FILING OF A MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT. | 0.30 |

WATSON BRICKELL DEVELOPMENT, LLC
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO

Page: 4  JULY 14, 2016
0981354-11597076

| Date | Init | Description | Hours |
|---|---|---|---|
| 06/13/16 | HSV | REVIEW AND ANALYZE CORRESPONDENCE FROM PLAINTIFFS' COUNSEL REGARDING DEPOSITIONS AND DISCOVERY DIRECTED TO WATSON AND OTHER DEFENDANTS. | 0.30 |
| 06/13/16 | HSV | REVIEW WATSON AND CRONIG'S RULE 26 INITIAL DISCLOSURES AND BEGIN REVIEW OF DOCUMENTS IN THE CASE IN ORDER TO PREPARE THE WITNESS LIST DUE ON JUNE 30. | 0.80 |
| 06/13/16 | RLK | DISCUSSION WITH C. TATALBAUM TO PREPARE FOR THE HEARING AND THE RESPONSE TO THE SECOND AMENDED COMPLAINT | 0.40 |
| 06/13/16 | RLK | REVIEW LETTER FROM BREEDEN REGARDING THE DISCOVERY MOTION AND LETTERS FROM COUNSEL FOR THE DEFENDANTS REGARDING SAME | 0.10 |
| 06/13/16 | SC | REVIEW AND EDIT FINAL DRAFT OF MEMORANDUM [redacted] OBJECTIONS TO DISCOVERY, PREPARE [redacted] | 1.00 |
| 06/14/16 | HSV | CALL WITH C. TATELBAUM | 0.80 |
| 06/14/16 | HSV | REVIEW AND ANALYZE [redacted] DEFENDANTS MOTION TO [redacted] WATSON INVESTIGATIONS, LLC | 0.80 |
| 06/14/16 | HSV | REVIEW DEFENDANT WATSON INVESTIGATIONS, LLC'S RULE 26 INITIAL DISCLOSURES, BEGIN REVIEW OF DOCUMENT PRODUCTION FROM ALL PARTIES IN CONNECTION WITH PREPARATION OF WITNESS LIST DISCLOSURE. | 1.10 |
| 06/14/16 | RLK | REVIEW ORDER DENYING THE MOTION TO DEFER DEPOSITIONS | 0.10 |
| 06/16/16 | HSV | DRAFT DEFENDANTS' JOINT UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE PLAINTIFFS SECOND AMENDED COMPLAINT UNTIL THE COURT RULES ON THE PENDING MOTIONS TO DISMISS AND COMMUNICATE WITH COUNSEL FOR THE DEFENDANTS REGARDING THE SAME. | 1.80 |
| 06/16/16 | RLK | PREPARE FOR AND ATTEND THE COURT HEARING ON THE MOTION TO COMPEL | 5.30 |
| 06/16/16 | SC | ATTEND HEARING ON DISCOVERY MOTIONS. | 2.00 |

WATSON BRICKELL DEVELOPMENT, LLC                    Page: 5  JULY 14, 2016
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO              0981354-11597076

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/17/16 | HSV | REVIEW DOCUMENTS AND PREPARE WITNESS LIST. | 1.20 |
| 06/17/16 | RLK | CONTINUE TO ANALYZE ~~DOCUMENTS THAT NEED TO BE PRODUCED FOLLOWING THE MAGISTRATE'S ORDER~~ | 0.20 |
| 06/17/16 | SC | ~~REVIEW CRPE DISCOVERY PRODUCTION; PREPARE EMAIL TO MR. SCOLA REGARDING OUTCOME OF HEARING BEFORE MAGISTRATE, DISCOVERY ISSUES, SECOND AMENDED COMPLAINT AND ASSOCIATED ISSUES.~~ | 3.10 |
| 06/20/16 | HSV | REVIEW DOCUMENTS AND PREPARE WITNESS LIST. | 0.90 |
| 06/20/16 | SC | PREPARE FIRST DRAFT OF INTERROGATORIES DIRECTED TO PLAINTIFFS. | 5.00 |
| 06/21/16 | RLK | REVIEW AND RESPOND TO A LETTER FROM MR. BREEDEN REGARDING DISCOVERY MATTERS | 0.10 |
| 06/21/16 | SC | RECEIPT AND REVIEW OF EMAILS REGARDING SCHEDULING OF DEPOSITIONS, WITNESS LISTS AND OTHER ISSUES; TELEPHONE CALL WITH MR. SCOLA; EMAIL TO MR. SCOLA; EMAIL TO COUNSEL REGARDING DEPOSITIONS; | 0.80 |
| 06/22/16 | RLK | REVIEW AND REVISE THE STIPULATION ACCEPTING SERVICE (.3); REVIEW AND ~~████████████████~~ | 0.40 |
| 06/22/16 | SC | ~~RECEIPT OF AND FURTHER EDITING OF LETTER REGARDING TCG-ES PROPERTIES, ATTENTION TO EMAILS REGARDING SCHEDULING AND EXPERT WITNESSES.~~ | 1.80 |
| 06/23/16 | RLK | ~~CONTINUE TO ANALYZE THE ISSUES FOR THE DAMAGE EXPERT TO ESTABLISH.~~ | 0.30 |
| 06/23/16 | SC | REVIEW JUDGE'S ORDER REGARDING FILING OF RESPONSES TO SECOND AMENDED COMPLAINT; REVIEW MAGISTRATE ORDER REGARDING DISCOVERY; REVIEW HISTORIC EMAILS. | 1.00 |
| 06/24/16 | RLK | DISCUSSION WITH ~~██████~~ REGARDING HIS ~~POTENTIAL TESTIMONY AS AN EXPERT WITNESS~~ | 0.50 |
| 06/24/16 | RLK | REVIEW ~~COMMUNICATIONS BETWEEN THE CLIENT AND COUNSEL TO DETERMINE WHICH INFORMATION TO SEND TO OUR EXPERT.~~ | 0.20 |

WATSON BRICKELL DEVELOPMENT, LLC                             Page: 6  JULY 14, 2016
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO                      0981354-11597076

| | | | |
|---|---|---|---|
| 06/24/16 | SC | REVIEW RECEIVED AND SENT EMAILS FOR THE PERIOD, JULY 11, 2013 TO AUGUST 8, 2013, HIGHLIGHT AND PREPARE SPREADSHEET CONTAINING SUMMARY OF EMAILS WITH COMMENTS | 4.10 |
| 06/27/16 | RLK | REVIEW PLAINTIFF'S RESPONSE TO BOTERO'S MOTION TO WITHDRAW | 0.10 |
| 06/27/16 | SC | RECEIPT AND REVIEW OF MOTION OF ALIANZA TO WITHDRAW; ~~PREPARE MOTION TO COMPEL~~ | 0.40 |
| 06/28/16 | RLK | ~~PARTICIPATE IN A CONFERENCE CALL WITH OUR EXPERT~~ | 0.40 |
| 06/28/16 | RLK | FINAL PREPARATION OF WATSON'S WITNESS LIST | 0.30 |
| 06/28/16 | SC | REVIEW WITNESS LIST; ~~LOCATE AND FORWARD DAILY BUSINESS REVIEW ARTICLES FOR DAMAGES EXPERT~~ | 0.70 |
| 06/29/16 | RLK | ~~DISCUSSION WITH OUR EXPERT TO REVIEW HIS REPORT (.4); REVIEW THE REVISED REPORT (.3); PREPARE LETTER TO MR. TATALBAUM REGARDING THE REVISED REPORT (.2)~~ | 0.90 |
| 06/30/16 | RLK | ~~FINAL REVIEW OF THE EXPERT SUBMISSION, CONFER WITH THE CLIENT~~ | 0.30 |
| 06/30/16 | RLK | BRIEF REVIEW OF JAWHBS EXPERT AND WITNESS DISCLOSURES | 0.10 |
| 06/30/16 | SC | REVIEW EXPERT WITNESS REPORT, PROVIDE ~~COMMENTS TO EXPERT WITNESS REPORT~~ | 2.00 |

Total hours this matter:  62.80
Total fees this matter:      $30,414.00

DISBURSEMENTS:

| | | | |
|---|---|---|---|
| 04/21/16 | PACER ONLINE RESEARCH PERFORMED BY LMI          DOCUMENT 22-0 | 13-23470- | 2.70 |
| 04/21/16 | PACER ONLINE RESEARCH PERFORMED BY LMI          DOCUMENT 50-0 | 13-11961- | 3.00 |
| 05/03/16 | PACER ONLINE RESEARCH PERFORMED BY 110 | COA: 0 NOS: | 0.10 |
| 05/03/16 | PACER ONLINE RESEARCH PERFORMED BY 24176-DPG | 1:15-CV- | 1.30 |
| 05/24/16 | PACER ONLINE RESEARCH PERFORMED BY 24176-DPG | 1:15-CV- | 1.40 |

WATSON BRICKELL DEVELOPMENT, LLC
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO

Page: 7  JULY 14, 2016
0981354-11597076

| | | |
|---|---|---|
| 06/09/16 | 145 COPIES @ 0.23/COPIES | 33.35 |
| 06/20/16 | 5 COPIES @ 0.23/COPIES | 1.15 |
| | PHONE CHARGES | 16.47 |
| | Total disbursements this matter: | 59.47 |

| | |
|---|---|
| Total fees this bill | $30,414.00 |
| Total disbursements this bill | $59.47 |
| Total this bill | $30,473.47 |

WATSON BRICKELL DEVELOPMENT, LLC
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO

Page: 8  JULY 14, 2016
0981354-11597076

### Recap of Fees: Timekeeper, Hours, Rate

| | | | | | | |
|---|---|---|---|---|---|---|
| SC | CRONIG, STEVEN C | 25.60 Hours | at | 500.00 | = | $12,800.00 |
| CRA | ARRESE, CONNIE R. | 2.90 Hours | at | 160.00 | = | $464.00 |
| HSV | VOGEL, JR., H. STEVEN | 23.80 Hours | at | 500.00 | = | $11,900.00 |
| RLK | KAMMER, RONALD L. | 10.50 Hours | at | 500.00 | = | $5,250.00 |
| | | | | | | $30,414.00 |

### Recap of Disbursements:

| | |
|---|---|
| PHOTOCOPY CHARGES | $34.50 |
| LEGAL RESEARCH | $8.50 |
| TELEPHONE CHARGES | $16.47 |
| Total disbursements | $59.47 |

### Unpaid Prior Invoices *



| Number | Date | Amount Due |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | $71,475.56 |
| This Invoice | | $30,473.47 |
| Total Current and Prior Invoices | | $101,949.03 |

* If you have any questions concerning prior invoices, please call our Accounts Receivable Department at (312) 704-3443.

CLIENT COPY

# HINSHAW
### & CULBERTSON LLP

Payment Address:
HINSHAW & CULBERTSON
8142 SOLUTIONS CENTER DR.
CHICAGO IL 60677-8001

312.704.3000
IRS IDENTIFICATION NO. 36-2128133

**\* INTERIM \***
**Invoice No: 11605688**

AUGUST 11, 2016

SC JL
In Connection with our Matter: 981354

Watson Brickell Development, LLC
Steve C Cronig
c/o Hinshaw & Culbertson LLP
2525 Ponce De Leon Blvd.
4th Floor
Coral Gables, FL 33134

WATSON BRICKELL VS. JAWHBS LLC & SLS PRO
Claimant:   SLS PROPERTIES
Represent:   Watson Brickell

| | |
|---|---|
| For professional services rendered through JULY 29, 2016 . . . . . . . . . | $37,850.00 |
| For disbursements paid through JULY 28, 2016 . . . . . . . . . . . . . . . . . . | $208.89 |
| Total amount due this invoice . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $38,058.89 |

If you have any questions concerning this invoice please contact STEVEN C. CRONIG, MIAMI office at (305) 358-7747.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997)

## RETURN WITH PAYMENT

AUGUST 11, 2016
Invoice:   11605688
Payor:   81132
Matter:   981354

Regarding:

| | |
|---|---|
| Fees: | $37,850.00 |
| Disbursements: | $208.89 |
| Total this invoice: | $38,058.89 |

PAYMENT DUE ON THIS INVOICE . . . . . . . . . . . . . . . . . . . . . . . $38,058.89

(See last page for details)

To Wire Payment: ~~The Private Bank and Trust Company, Chicago, IL ABA # 071006486 Account # 1111111~~
REFERENCE INVOICE NUMBER

WATSON BRICKELL DEVELOPMENT, LLC                              Page: 2  AUGUST 11, 2016
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO                       0981354-11605688

SERVICES:

| | | | |
|---|---|---|---|
| 07/01/16 | RLK | REVIEW AND RESPOND TO LETTER FROM MR. TATELBAUM REGARDING DISCOVERY MATTERS | 0.10 |
| 07/01/16 | SC | RECEIPT AND REVIEW OF PLAINTIFFS' WITNESS LIST; ~~EMAILS WITH C. TATELBAUM, R. KAMMER~~ | 1.00 |
| 07/01/16 | SC | ~~MEETING AT CLIENT'S OFFICE TO REVIEW~~ DOCUMENTS. | 1.00 |
| 07/03/16 | RLK | ~~REVIEW AND RESPOND TO A LETTER FROM MR. TATELBAUM REGARDING EXPERT DISCLOSURES~~ | 0.10 |
| 07/04/16 | RLK | REVIEW THE OPPOSITION TO THE MOTION FOR AN ENLARGEMENT OF TIME TO NAME EXPERTS | 0.10 |
| 07/05/16 | HSV | TELEPHONE CONFERENCE WITH C. TATELBAUM AND R. KAMMER REGARDING STATUS AND FURTHER HANDLING. | 1.10 |
| 07/05/16 | HSV | REVIEW AND ANALYZE THE PLAINTIFFS' FACT AND EXPERT WITNESS LIST DISCLOSURES. | 0.80 |
| 07/05/16 | HSV | REVIEW AND ANALYZE THE PLAINTIFFS' EXPERT WITNESS REPORTS. | 1.10 |
| 07/05/16 | RLK | REVIEW POTENTIAL ~~ADDITIONAL EXPERTS IN LIGHT~~ OF ~~PLAINTIFFS' DISCLOSURES~~ | 0.10 |
| 07/05/16 | RLK | REVIEW ORDERS ENTERED BY THE COURT ON DELANEY'S MOTION TO DISMISS BASED UPON LACK OF JURISDICTION AND THE ORDER EXTENDING THE TIME TO DISCLOSE EXPERTS | 0.10 |
| 07/05/16 | SC | ~~REVIEW EXPERT WITNESS DISCLOSURES;~~ ~~TELEPHONE CONFERENCE WITH R. KAMMER, S. VOGEL AND C. TATELBAUM REGARDING EXPERT WITNESS DISCLOSURES.~~ | 1.70 |
| 07/06/16 | HSV | CONSIDER SECOND AMENDED COMPLAINT AND ALLEGATIONS AGAINST MR. SCOLA ~~FOR PURPOSES OF DRAFTING AMENDED PLEADINGS.~~ | 0.30 |
| 07/06/16 | RLK | REVIEW ORDER GRANTING EXTENSION OF TIME TO DISCLOSE EXPERTS | 0.10 |
| 07/06/16 | RLK | ~~ANALYZE PROOF ISSUES WITH REGARD TO DAMAGES~~ | 0.30 |

WATSON BRICKELL DEVELOPMENT, LLC
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO

Page: 3  AUGUST 11, 2016
0981354-11605688

| 07/07/16 | HSV | REVIEW AND ANALYZE THE CO-DEFENDANTS WITNESS LIST DISCLOSURES. | 1.20 |
|---|---|---|---|
| 07/07/16 | HSV | REVIEW AND ANALYZE THE PLAINTIFFS' RESPONSE IN OPPOSITION TO MOTION FOR ENLARGEMENT OF TIME TO DESIGNATE EXPERTS. | 0.40 |
| 07/07/16 | HSV | REVIEW THE SHUTTS & BOWEN MOTION FOR ENLARGEMENT OF EXPERT DISCLOSURES, THE COURT ORDER GRANTING THE SAME, CORRESPONDENCE FROM CO-DEFENSE COUNSEL ~~AND CONSIDER~~ ~~████████████████~~ | 0.50 |
| 07/07/16 | SC | ~~RECEIPT AND REVIEW OF EMAIL████████████████~~ ~~REGARDING DEPOSITION OF J REVALO, EMAIL TO C.~~ ~~TATELBAUM, R. KAMMER AND S. VOGLE REGARDING~~ ~~FLORIDA STATUTES SECTION 687.0304, REQUIRING FILED~~ ~~CREDIT AGREEMENTS TO BE IN WRITING.~~ | 0.50 |
| 07/08/16 | HSV | REVIEW AND REVISE FIRST INTERROGATORIES TO PLAINTIFFS SLS AND JAWHBS. | 0.90 |
| 07/08/16 | RLK | REVIEW LETTER FROM BREEDEN REGARDING THE BRIDGEINVEST RECORDS | 0.10 |
| 07/08/16 | RLK | ~~REVIEW AND RESPOND SEVERAL LETTERS FROM MR.~~ ~~TATALBAUM REGARDING DISCOVERY MATTERS~~ | 0.10 |
| 07/11/16 | RLK | ~~REVIEW AND RESPOND TO MULTIPLE EMAILS FROM~~ ~~MR. TATALBAUM REGARDING DISCOVERY MATTERS~~ | 0.20 |
| 07/11/16 | SC | ~~RECEIPT AND REVIEW OF EMAIL FROM C. TATELBAUM~~ ~~REGARDING DOCUMENTS PRODUCTION AND MR.~~ ~~████'S DISCUSSION WITH J REVAL████████████████S~~ ~~R████████████████ON JULY 10 TO JULY 11, 2016)~~ | 0.50 |
| 07/12/16 | HSV | REVIEW AND REVISE FIRST INTERROGATORIES TO PLAINTIFFS SLS AND JAWHBS. | 0.90 |
| 07/12/16 | RLK | REVIEW AND RESPOND TO LETTERS FROM MR. TATELBAUM REGARDING DISCOVERY MATTERS | 0.10 |
| 07/12/16 | RLK | REVIEW LETTER FROM BREEDEN REGARDING THE DEPOSITIONS OF DELANY AND BOTERO AND RESPOND TO SAME | 0.10 |
| 07/13/16 | HSV | ~~REVIEW CORRESPONDENCE FROM C. TATELBAUM~~ ~~REGARDING VARIOUS EXPERTS, DISCOVERY, MOTION~~ ~~PRACTICE AND FURTHER HANDLING.~~ | 0.90 |

WATSON BRICKELL DEVELOPMENT, LLC                    Page: 4  AUGUST 11, 2016
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO                0981354-11605688

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 07/13/16 | RLK | REVIEW LETTER FROM C. TATELBAUM TO BREEDEN REGARDING DISCOVERY MATTERS AND RESPOND TO SAME | 0.10 |
| 07/14/16 | RLK | ~~DISCUSSION WITH C. TATELBAUM REGARDING THE DEPOSITION OF DELANEY AND MR. CRONIG AS WELL AS THE PRODUCTION OF THE ADDITIONAL DOCUMENTATION (.3); PREPARE LETTER TO BREEDEN REGARDING SAME (.1)~~ | 0.40 |
| 07/15/16 | HSV | ~~REVIEW ADDITIONAL DOCUMENTS AND ORDER OF THE GENERAL MAGISTRATE IN CONNECTION WITH COMPLIANCE WITH THE SAME.~~ | 1.50 |
| 07/15/16 | HSV | REVIEW AND ANALYZE THE PLAINTIFFS' SECOND AMENDED COMPLAINT AND DRAFTING MOTION TO DISMISS THE SAME. | 1.40 |
| 07/15/16 | SC | REVIEW CLERKS' DOCKETS FOR ALL JUDGMENTS AND ACTIONS REGARDING AREVALO; ~~MEETING TATELBAUM.~~ | 0.80 |
| 07/18/16 | HSV | CONTINUE REVIEW AND ANALYSIS OF THE PLAINTIFFS' SECOND AMENDED COMPLAINT AND DRAFTING MOTION TO DISMISS THE SAME. | 2.70 |
| 07/18/16 | HSV | ~~MEET WITH MR. CRONIG REGARDING THE SUPPLEMENTAL DOCUMENT PRODUCTION BY WATSON ~~ | 1.40 |
| 07/18/16 | RLK | ~~DISCUSSION WITH C. TATELBAUM REGARDING SCOLA AFFIDAVIT (.3); DISCUSSION WITH LARRY GOODMAN IN PREPARATION FOR DELANEY'S DEPOSITION (.6)~~ | 0.90 |
| 07/18/16 | RLK | ~~DISCUSSION WITH C. TATELBAUM REGARDING CONVERSATION WITH L. GOODMAN; REVIEW EMAILS~~ | 0.30 |
| 07/18/16 | SC | ~~REVIEW DISCOVERY MATERIAL; MEETING WITH H. VOGEL TO PREPARE DISCOVERY MATERIALS AND DETERMINE IF ANY ARE SUBJECT TO ATTORNEY/CLIENT PRIVILEGE.~~ | 2.60 |
| 07/19/16 | HSV | REVIEW AND ANALYZE COUNT VII OF THE PLAINTIFFS' SECOND AMENDED COMPLAINT AND REVIEW ~~FLORIDA CASE LAW RELEVANT TO THE SAME AS WELL AS THE FEDERAL LAW CITED BY THE PLAINTIFFS.~~ | 2.10 |
| 07/19/16 | HSV | DRAFT MOTION TO DISMISS COUNT VII OF THE PLAINTIFFS' SECOND AMENDED COMPLAINT ~~BASED ON THE FLORIDA ANTITRUST STATUTE AND CASE LAW RELEVANT TO THE SAME.~~ | 3.40 |

WATSON BRICKELL DEVELOPMENT, LLC                     Page: 5  AUGUST 11, 2016
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO                  0981354-11605688

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 07/19/16 | RLK | ~~PARTICIPATE WITH A CONFERENCE CALL WITH A~~ | 0.80 |
| 07/19/16 | SC | ~~REVIEW ADDITIONAL DISCOVERY~~ | 4.50 |
| 07/20/16 | HSV | ~~LEGAL RESEARCH ON THE FLORIDA ANTITRUST~~ | 2.90 |
| 07/20/16 | SC | ~~REVIEW AREYALO DISCOVERY MATERIALS, PREPARE~~ | 5.20 |
| 07/21/16 | RLK | ~~DETAILED REVIEW OF THE FILE IN ORDER TO PREPARE~~ | 2.70 |
| 07/21/16 | SC | ~~REVIEW DELANEY DISCOVERY PRODUCTION, REVISE~~ | 4.10 |
| 07/22/16 | HSV | REVIEW AND REVISE MR. SCOLA'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT ~~BASED ON~~ | 1.30 |
| 07/22/16 | HSV | REVIEW THE WATSON INVESTIGATIONS LLC INITIAL DISCLOSURES AND DOCUMENT PRODUCTION IN ~~CONNECTION~~ | 0.90 |
| 07/22/16 | RLK | ~~CONTINUE TO REVIEW THE FILE IN ORDER TO PREPARE FOR DELANEY'S DEPOSITION~~ | 0.40 |
| 07/22/16 | RLK | ~~REVIEW MOTION FOR LEAVE TO FILE BRIEFS IN SUPPORT OF THE DISCOVERY OBJECTIONS (BY THE PLAINTIFF)~~ | 0.10 |
| 07/23/16 | RLK | ~~DISCUSSION WITH MR. SCOLA REGARDING CASE~~ | 1.10 |

WATSON BRICKELL DEVELOPMENT, LLC                    Page: 6  AUGUST 11, 2016
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO                 0981354-11605688

| | | | |
|---|---|---|---|
| 07/24/16 | RLK | FURTHER PREPARATION OF MR. SCOLA'S MOTION TO DISMISS (.2) | 0.20 |
| 07/24/16 | RLK | TRAVEL TO HOUSTON FOR THE DEPOSITION OF DELANEY | 1.80 |
| 07/25/16 | HSV | FINAL REVIEW AND REVISIONS TO THE FRANCIS SCOLA MOTION TO DISMISS AND FILE/SERVE THE SAME. | 0.90 |
| 07/25/16 | RLK | ATTEND THE DEPOSITION OF DELANEY IN HOUSTON, TEXAS (6.4); FURTHER PREPARATION FOR SAME (.4); RETURN TO MIAMI (2.8) | 9.60 |
| 07/25/16 | SC | LISTEN TO DELANEY DEPOSITION; ~~REVIEW~~ ~~RESULTS AND DISCUSS WITH MR. KING AND HSV~~ ~~REGARDING MR. SCOLA AND REGARDING HOW~~ ~~THE DEPOSITION WENT;~~ | 3.10 |
| 07/26/16 | HSV | ~~REVIEW AND ANALYZE RULE 11 MOTION AND LETTER~~ ~~ON BEHALF OF MR. CRONIG AND DRAFT THE SAME~~ ~~FOR DEFENDANT MR. SCOLA AND WATSON~~ ~~INVESTIGATIONS, LLC.~~ | 0.90 |
| 07/26/16 | RLK | REVIEW MULTIPLE LETTERS REGARDING THE UPDATED RULE II MOTION | 0.10 |
| 07/26/16 | SC | REVIEW AND EDIT AMENDED RULE 11 MOTION AND LETTER; ~~EMAIL TO MR. SCOLA REGARDING~~ ~~DEPOSITION, RULE 11 MOTION AND MOTION TO~~ ~~DISMISS~~ | 1.00 |
| 07/27/16 | HSV | REVIEW AND ANALYZE RULE 11 MOTION AND LETTER ~~ON BEHALF OF MR. CRONIG AND DRAFT THE SAME~~ ~~FOR MR. SCOLA AND WATSON INVESTIGATIONS, LLC.~~ | 1.50 |
| 07/27/16 | RLK | FURTHER PREPARATION OF THE RULE 11 LETTER | 0.10 |
| 07/27/16 | SC | RECEIPT AND REVIEW OF DRAFT RULE 11 MOTION AND LETTER; EMAIL TO C. TATELBAUM. | 0.40 |
| 07/29/16 | RLK | PREPARE LETTER TO MR. BOTERO REGARDING HIS DEPOSITION | 0.10 |
| 07/29/16 | RLK | REVIEW BOTERO'S MOTION FOR PROTECTIVE ORDER | 0.10 |

Total hours this matter:  75.70

Total fees this matter:  $37,850.00

DISBURSEMENTS:

WATSON BRICKELL DEVELOPMENT, LLC
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO

Page: 7  AUGUST 11, 2016
0981354-11605688

| Date | Description | Amount |
|---|---|---|
| 06/20/16 | PACER ONLINE RESEARCH PERFORMED BY   LAST NAME: CRONIG | 0.10 |
| 06/20/16 | PACER ONLINE RESEARCH PERFORMED BY   1:15-CV-24176-DPG | 1.50 |
| 07/16/16 | POSTAGE | 0.47 |
| 07/21/16 | 818 COPIES @ 0.23/COPIES | 188.14 |
| | PHONE CHARGES | 18.68 |
| | Total disbursements this matter: | 208.89 |

| | |
|---|---|
| Total fees this bill | $37,850.00 |
| Total disbursements this bill | $208.89 |
| Total this bill | $38,058.89 |

WATSON BRICKELL DEVELOPMENT, LLC                          Page: 8  AUGUST 11, 2016
Re: WATSON BRICKELL VS. JAWHBS LLC & SLS PRO                      0981354-11605688

Recap of Fees: Timekeeper, Hours, Rate

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SC | CRONIG, STEVEN C | | 26.40 | Hours | at | 500.00 | = | $13,200.00 |
| HSV | VOGEL, JR., H. STEVEN | | 29.00 | Hours | at | 500.00 | = | $14,500.00 |
| RLK | KAMMER, RONALD L. | | 20.30 | Hours | at | 500.00 | = | $10,150.00 |
| | | | | | | | | $37,850.00 |

Recap of Disbursements:

| | |
|---|---|
| PHOTOCOPY CHARGES | $188.14 |
| LEGAL RESEARCH | $1.60 |
| MISCELLANEOUS | $0.47 |
| TELEPHONE CHARGES | $18.68 |
| Total disbursements | $208.89 |

Unpaid Prior Invoices *

| Number | Date | Amount Due |
|---|---|---|
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| ~~redacted~~ | ~~redacted~~ | ~~redacted~~ |
| | ~~redacted~~ | ~~redacted~~ |

This Invoice          $38,058.89

~~Total Current & Prior Invoices~~   ~~redacted~~

* If you have any questions concerning prior invoices, please call our Accounts Receivable Department at (312) 704-3443.

# EXHIBIT "C"

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

### CASE NO.: 1:15-cv-24176

JAWHBS LLC, a Florida limited liability
company; and SLS PROPERTIES THREE,
LLC, a Nevada limited liability company,

      **Plaintiffs,**

v.

JORGE AREVALO, an individual, *et al*.

      **Defendants.**

_____/

## SWORN DECLARATION OF RONALD L. KAMMER IN SUPPORT OF DEFENDANT WATSON INVESTIGATIONS, LLC'S VERIFIED MOTION FOR ENTITLEMENT TO AND AWARD OF ATTORNEYS' FEES AND COSTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68 AND FLORIDA RULE OF CIVIL PROCEDURE 1.442  AND SECTION 768.79, FLORIDA STATUTES

Ronald L. Kammer, being first duly sworn, in accordance with Local Rule 7.3 of the Rules of the United States District Court for the Southern District of Florida makes this Declaration in support of the Defendant Watson Investigations, LLC's ("Watson") Motion For Entitlement To And Award Of Attorneys' Fees And Costs (the "Motion For Entitlement") and states as follows:

1.  I am over 18 years of age and this Declaration is based on my own personal knowledge of the matters and facts set forth in this Declaration.

2.  I am a Partner in the law firm Hinshaw & Culbertson LLP and I was admitted to practice law in Florida in 1983.  I am also admitted to practice law before the United States District Court for the Southern District of Florida.  I am counsel for Defendant Watson.

3.  Hinshaw & Culbertson LLP was retained to represent Watson in this litigation shortly after the initial complaint was filed.

4.  The rates charged by Hinshaw & Culbertson LLP for the defense of Watson in this litigation are $500 per hour for Partners and $160 per hour for Paralegals.

5.  In the past, both I and Hinshaw & Culbertson LLP have charged and received payment for hourly rates in South Florida at or above the rates charged in this matter for representing other clients in similar and other commercial matters.

6.  In addition, based upon my role as the Co-Partner-In Charge of the firm's Coral Gables office I also know that these hourly rates are equivalent to rates charged by other lawyers in South Florida handling similar matters.

7.  I have reviewed the invoices which are kept in the ordinary course of business by Hinshaw & Culbertson LLP attached to the motion identifying the attorneys' fees and costs incurred by Watson and the number of hours charged through July 31, 2016.  See copies of redacted invoices attached as Exhibit "B" to the motion.  A supplemental declaration for attorneys' fees will be submitted as to the fees incurred through this motion.

8.  Each of the entries listed on the invoices attached in Exhibit "B" were incurred in the defense of Watson as to the claims asserted against it by SLS Properties Three, LLC in this matter.

9.  Before any invoice was sent to Watson it was reviewed and approved.  All of the time charged in each entry was reasonable for the task performed; otherwise it would not have been billed to Watson.

10. Pursuant to Local Rule 7.3, undersigned hereby respectfully requests the Court approve the compensation and reimbursement in the amount of $67,114.00 in attorneys' fees and $331.14 in costs.

11. This figure represents the fees and costs incurred from the date the Proposal For Settlement was served.

**FURTHER AFFIANT SAYETH NAUGHT**

STATE OF FLORIDA      )
                           )ss
COUNTY OF MIAMI-DADE    )

Sworn to and subscribed before me this _15th_ day of _August_, 2016 by _Ronald L Kumm_ of _Hinshaw + Culbertson_, who is _personally_ known to me or has produced _____ as identification.

Print Name: _CARYL ANNE LUCAS_
NOTARY PUBLIC, State of _FLORIDA_
My Commission Expires:

_July 4, 2020_

NOTARY SEAL:

CARYL ANNE LUCAS
Notary Public - State of Florida
Commission # FF 971334
My Comm. Expires Jul 4, 2020
Bonded through National Notary Assn.

3

# EXHIBIT "D"

# HINSHAW

& CULBERTSON LLP





## Steven Carlyle Cronig

**Partner**
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
305-428-5122
scc@hinshawlaw.com
Alternate Office: New York - 212-471-6200

### Service Areas

Business & Commercial
Transactions

Real Estate & Lending

### Education

LL.M., Taxation, Boston
University School of Law, 1983

J.D., University of Miami School
of Law, 1980

B.A., University of Vermont,
1977

### Admissions

Florida

Massachusetts

New York

U.S. Court of Appeals for the
Eleventh Circuit

U.S. District Court for the
Southern District of Florida

Steven Carlyle Cronig is a Florida Bar Certified Real Estate Attorney and concentrates his practice in the areas of commercial real estate development and lender representation. He represents developers in acquisitions and dispositions of property; creation of development entities such as joint ventures, limited partnerships and REITs; preparation of plats, subdivision covenants, homeowners' association documents, condominium and fractional/timeshare declarations and prospectuses; representation of borrowers in closing construction and commercial loans; preparation of construction contracts; lien administration and closing sales to end purchasers.

Mr. Cronig represents many commercial and private lenders in connection with the structuring of new asset-secured loans, construction financing, mezzanine financing, the purchase of existing portfolio assets from other lenders, participation agreements among consortia of lenders, and the administration of lender portfolio assets, including negotiation and preparation of initial loan commitment letters, the review of title on behalf of lenders, the preparation of loan documentation and the closing of loan transactions, lender due diligence activities, construction loan administration and loan workout and disposition activities.

## Professional Background

Mr. Cronig joined Hinshaw & Culbertson LLP in April 2011. Previously he was a partner at Yoss LLP.

During the course of his 33 years of practice, Mr. Cronig has acted as trustee for a class action in which the class members received 125 percent of their original investments and was involved in the transformation of the South Beach Art Deco district in the 1980s.

## Professional Affiliations

- The Florida Bar
- Massachusetts Bar Association
- New York State Bar Association

©2016 Hinshaw & Culbertson LLP



## Honors & Awards

- Holds the AV® Peer Review Rating from Martindale- Hubbell, its highest rating for ethics and legal ability

## Publications

- "The Coupon Mortgage: A Luxury Construction Lender's End Run," *Cornell Real Estate Journal,* July 2010

## Community/Civic Activities

- British American Business Council, Trustee

©2016 Hinshaw & Culbertson LLP

# HINSHAW
& CULBERTSON LLP





## Ronald L. Kammer

**Partner-in-Charge of Coral Gables**
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
305-428-5100
rkammer@hinshawlaw.com

### Service Areas
Commercial Litigation
Insurance & Reinsurance
Insurance Coverage
Professional Liability

### Education
J.D., University of Miami School of Law, 1980
• Member, Moot Court Board
• Order of Barristers
B.A., *cum laude*, Macalester College, 1977

### Admissions
Florida
U.S. Court of Appeals for the Eleventh Circuit
U.S. Court of Appeals for the Fifth Circuit
U.S. Court of Appeals for the First Circuit
U.S. Court of Appeals for the Seventh Circuit
U.S. District Court for the Middle District of Florida
U.S. District Court for the Northern District of Florida
U.S. District Court for the Northern District of Illinois
U.S. District Court for the Southern District of Florida

Ronald Kammer focuses on the representation of insurers nationally. He has been involved in many significant third party coverage disputes including cases that interpreted an insurance company's duty to defend and indemnify, breach of policy conditions, claims involving bad faith and unfair and deceptive trade practices, as well as coverage obligations for construction defect, pollution, trademark and patent infringement claims.

Mr. Kammer also handles first party coverage disputes, including claims involving breach of policy warrants, business interruption, misrepresentation and fraud. He regularly provides advice to insurance carriers and policyholders on issues involving policy interpretation, claims handling practice and procedures, and the drafting of insurance policy provisions. Mr. Kammer also practices in general civil litigation including commercial litigation and legal malpractice.

He has tried cases and handled appeals involving bad faith as well as first and third party insurance coverage disputes including property, commercial general liability, excess and umbrella, professional lines, commercial and personal automobile, homeowners, fidelity bond and life insurance. In addition, Mr. Kammer has served as an expert in legal malpractice, insurance coverage, bad faith and attorney fee disputes.

## Professional Background

Mr. Kammer is the Partner-in-Charge of Hinshaw & Culbertson LLP's Miami office. He is the National Business Unit Leader of the firm's Insurance Practice and a past Business Development Partner and Regional Director for the firm.

## Professional Affiliations

- American College of Coverage and Extracontractual Counsel (ACCEC), Fellow
- American Bar Association's Trial Evidence Committee Past National Co-Chair
- American Bar Association's Insurance Coverage Litigation Committee, Past National Co-Chair
- Subcommittees

©2016 Hinshaw & Culbertson LLP



- Construction (2015)
- Advertising and Personal Injury Committee
- Bad Faith
- Associate Editor for the Committee's newsletter *Coverage*
- Annual Meeting Co-Chair (2005)

## Honors & Awards

- Holds the AV® Peer Review Rating from Martindale-Hubbell, its highest rating for ethics and legal ability for over 25 years
- Selected annually since 2006 for inclusion in "The Best Lawyers in America®" in the area of legal malpractice law and since 2012 in the area of Insurance Coverage.
- Recognized as a "Super Lawyer" by *Florida Super Lawyers* magazine since 2008.
- Chosen as one of the Florida Legal Elite™ for 2011 in the area of Insurance, by *Florida Trend* magazine, July 2011
- Named in Florida's Best Lawyers-Insurance Law 2012-13
- International Who's Who of Business lawyers Insurance and Reinsurance since 2011
- Named to *South Florida Business Journal*'s Power Leaders in Law & Accounting List since 2014

## Presentations

Mr. Kammer frequently lectures on coverage issues before professional audiences, addressing such topics as:

- Chair of the 2010 HarrisMartin Chinese Drywall Litigation Conference
- "When the Barn is Blazing: Recent Developments in Law on *Montrose* Endorsements, 'Prior Knowledge' Exclusions and Limitations, and the True Meaning of Fortuity"
- "Insurance Coverage Issues and Trends"
- "One Occurrence Becomes Two: *Addison Insurance Co. v. Fay*"
- "Has the Paradigm Shifted? The Role of Judicial and Legislative Activism in the Resolution of Insurance Coverage Disputes"
- "Critical Insurance Considerations"
- "Bankruptcy v. Limited Insurance Proceeds"
- "Insurance for Defective Construction in Florida" at the West Coast Casualty Conference in 2013 – 2015.
- "Top East Region Appellate Decisions at the 3rd, 4th and 5th Annual MCC Consultants East Coast Construction Defect and Insurance Coverage Conference"
- "First Party Bad Faith"
- "Interpreting Lawyers' Professional Liability Policies – Recent Decisions and Recurring Issues"
- "The Future of Litigation Management Guidelines: Options Beyond the Billable Hours"
- "The Enhanced Risk of Inconsistency in Coverage Litigation"
- "Tactical, Strategic and Ethical Issues Concerning The Prosecution of a Coverage Action During the Pendency of the Underlying Action"
- "Mediation and Construction Defect Coverage Issues"
- "Questions that Arise in Professional Liability Insurance Policies – the Who, What, How Many and How Much"
- "Insurance Issues that Impact Lawyers"
- "Emerging Bad Faith Issues"
- "Insurance Coverage and Declaratory Judgment Actions"
- "Insurance Coverage for Construction Defect Claims"

©2016 Hinshaw & Culbertson LLP



- "Insurance Coverage for Design Professionals"
- "Insurance Law: Third Party Coverage in Florida"
- "Settlement Considerations in Building Defect Cases"
- "The Role of Coverage Counsel in the Mediation of Construction Defect Cases"
- "Ethics Update for Florida Lawyers"
- "Issues Confronting Woman in Law firms"
- "What Everyone Wants to Know About Mediations" at the 2014 Annual Meeting for the Miami-Dade County Bench & Bar.

## Publications

Mr. Kammer has written a number of professional journal articles relating to insurance coverage issues. Among them are:

- "Mediation from A to Z, and Where Trust is the Key" *Daily Business Review,* September 8, 2014.
- "Did the Court in *Curran* Tip the Scales in Favor of Policyholders or Just Insure that Consumers Obtain the Protection they Paid For" *Daily Business Review*, March 2014.
- "Economic loss doctrine returned to its roots," *Insurance Day*, April 4, 2013.
- "High Court asked if Ambiguity Resolved with Extrinsic Evidence," co-author, *Daily Business Review*, June 5, 2012.
- "Something is Rotten in Denmark (and Florida) – Is there Insurance Coverage for the Chinese Drywall Problem?" co-author, HarrisMartin Chinese Drywall Litigation Conference, June 2009.
- "Can Excess Insurers Assert a Late Notice Defense?" *Coverage*, May/June 2003.
- "Is it Bad Faith to Settle on Behalf of One, But Not All of Your Insureds?" *Coverage*, January/February 2002.
- "Professional Liability, To Report or Not to Report," *Florida Lawyer*, September 2001.
- "Professional Liability, Covered or Bare?" *Florida Lawyer*, September 2000.
- "Avoiding Bad Faith in Multiple Insured/Multiple Claims Situations," *Coverage*, November/December 1998.
- "Can an Insurance Company Commit Bad Faith When Prosecuting Its Complaint for Declaratory Relief?" *Coverage*, September/October 1997.
- "Lead Poisoning: The Asbestos of the 1990s Claims, Liability & Coverage," *IDC Quarterly*, First Quarter 1995.

©2016 Hinshaw & Culbertson LLP

# HINSHAW

& CULBERTSON LLP





## H. Steven Vogel

**Partner**
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
305-358-7747
svogel@hinshawlaw.com

### Service Areas

Professional Liability

Accountants Liability

Commercial Litigation

Corporate Governance
Structure

Real Estate & Lending

### Education

LL.M., Taxation, University of
Miami School of Law, 2001

- Certificate of International
  Tax

J.D., Capital University School
of Law, 1993

B.A., Pace University

### Admissions

Florida

U.S. District Court for the
Northern District of Florida

U.S. District Court for the
Southern District of Florida

U.S. Tax Court

Steven Vogel has a broad practice covering both litigation and transactional matters, including professional liability defense, commercial disputes, tax controversy, corporate law and commercial transactions. His clients include accountants, lawyers, real estate professionals and insurance agents.

**Professional Liability**

Mr. Vogel has represented accounting firms of all sizes in lawsuits and claims involving the full spectrum of professional accounting services, including alleged embezzlement or fraud, negligent audit, tax, estate planning, and business valuations. He also works with accounting firms on proposed legislation involving the accounting profession in Florida. His professional liability practice also includes the defense of legal malpractice cases brought in Florida federal and state courts in connection with failed initial public offerings and other issues involving the Securities and Exchange Commission.

**Commercial Litigation**

Mr. Vogel handles a wide variety of commercial litigation matters, including securities laws, tax laws, accounting standards, fraud investigations, employment disputes, partnership disputes, separations and dissolutions.

**Tax Controversy**

Before the Internal Revenue Service, Mr. Vogel has represented corporations and individuals in connection with tax audits. He also has represented taxpayers involved in tax preparer litigation against the Department of Justice.

**Corporate Transactions**

In his corporate practice, Mr. Vogel advises clients on the formation of domestic and foreign corporations, limited liability companies, general and limited partnerships and joint ventures. He also assists with the creation of corporate, asset and stock purchase, shareholder, management, independent contractor, and other agreements. Mr. Vogel's corporate tax background is an asset he uses in consulting with clients on domestic and international tax matters in connection with formation and transaction issues.

©2016 Hinshaw & Culbertson LLP



## Professional Background

Prior to joining Hinshaw & Culbertson LLP in January 2015, Mr. Vogel was a partner in the Miami, Florida office of a national law firm headquartered in White Plains, New York.

For three years (2010–2012), Mr. Vogel served as a member of the Auditing Standards Board (ASB) of the American Institute of Certified Public Accountants (AICPA). This role as a Standard Setter provides Mr. Vogel with in-depth knowledge of the standards that accountants are obligated to uphold. The ASB is the senior technical committee of the AICPA, which has the authority to issue auditing, attestation and quality control standards applicable to the performance and issuance of audit and attestation reports for non-public companies. Of the ASB's 19 members, Mr. Vogel held the one seat customarily reserved for an attorney whose practice involves matters of interest to auditors in public practice.

In 2011, Mr. Vogel was appointed by Florida Governor Rick Scott to serve on the Florida Board of Accountancy. This nine member Board is responsible for the regulation and governance of the accounting profession in Florida.

Mr. Vogel currently serves as an Adjunct Instructor at the University of Miami School of Business Administration where he teaches Business Law at the Undergraduate and Graduate level. He was previously a Professor at Florida International University for Eight years, where he taught business law, legal environment of business, real estate law and federal tax. He has also served as an adjunct professor at the University of Miami School of Law, where he taught federal taxation of real estate transactions.

During law school, Mr. Vogel served for one year as a Judicial Intern for the Honorable George C. Smith in the U.S. District Court (6th Circuit), which led to an offer of Judicial Clerkship.

## Professional Affiliations

- Florida Board of Accountancy
  - Chair (2015)
  - Vice Chair (2014)
  - Member, appointed by Florida Governor Rick Scott and Confirmed by the Florida State Senate (2011 – present)
  - Probable Cause Panel, Chair (2014)
  - Probable Cause Panel, Member
  - Legislative Affairs and Budge Committees, Member
- Florida Bar Grievance Committee "11C" in Miami Dade County
  - Chair (2014)
  - Member (2012 – present)
- American Institute of Certified Public Accountants, Member Auditing Standards Board (2009 – 2012)
- National State Boards of Accountancy (NASBA) Board Effectiveness and Legislative Affairs Committee, Member
- Dade County Bar Association, Real Property Committee (2009)

## Presentations

Mr. Vogel is a frequent lecturer on professional liability issues both within and outside of Florida.

- "Getting yourself out of Hot Water," National Association of State Boards of Accountancy Annual Conference for Board of Accountancy Legal Counsel,Tampa Florida, March 2014.
- "Florida State Board of Accountancy Update," University of Florida Annual Accounting Conference, Gainesville, Florida, 2013.
- "The Anatomy of an Accountants Defense," CPA Associates International Annual Conference, Las Vegas, 2013.

©2016 Hinshaw & Culbertson LLP



- "The new AICPA Financial Reporting Framework for SME's," CNA Lawyers and Accountants Networking Conference – Expert Panel, Chicago, Illinois, 2012 and Las Vegas, 2013.
- "Accounting Malpractice Update," University of Miami Graduate School of Business, Continuing Professional Education Course for Certified Public Accountants, Miami, Florida, 2012.
- "The Clarity Project Update," CNA Lawyers and Accountants Networking Conference – Expert Panel, Orlando, Florida, 2011.
- "The Anatomy of an Accountants Defense," Florida Institute of CPA's, Miami, Florida 2011.
- "The Anatomy of an Accountants Defense," Accounting Update, Lipscomb University, Nashville, Tennessee, 2010.
- "The Impact of the Financial Crisis on Accountants & Lawyers," PLUS International Conference, San Antonio, Texas, 2010.
- "The Clarity Project," CNA Lawyers and Accountants Networking Conference – Expert Panel, Denver, Colorado, 2010.
- "The Anatomy of an Accountants Defense," Florida Institute of CPA's, Miami, Florida 2010 and 2009.
- "The Current Financial Crisis and its Impact of Traditional Professionals," PLUS E & O Symposium, San Diego, California, 2009.
- "Accounting Malpractice Update," Florida International University, Continuing Professional Education Course for Certified Public Accountants, Miami, Florida, 2008.

## Publications

- "Be Careful When Counseling Marijuana Businesses," *Daily Business Review*, April 14, 2016.
- "The Janus Decision," *Riding the E & O Line*, Volume 3, Issue 3, published by the Defense Research Institute, 2011.
- "Supreme Court to review important securities case that may open the door to fraud suits against accountants," *Of Mutual Interest*, published by CPA Mutual Insurance Company of America, 2010.
- "Statement on Auditing Standards – Consideration of Fraud in a Financial Statement Audit," *Of Mutual Interest*, published by CPA Mutual Insurance Company of America, 2010.
- "Plaintiff's Fault as a Defense in Accountant's Malpractice Suits," *The Attorney-CPA*, Volume 43, Number 3, American Association of Attorney-CPAs, Summer 2008.
- "Comparative Negligence in CPA Malpractice Cases, Are CPA's Weathering the Storm?," *For the Defense*, Defense Research Institute, 2007.
- "Contract for Sale of Goods, Suing or Defending Action for Breach of Contract Under Florida's Commercial Code," *LexisNexis Practice Guide*, Florida Contract Litigation, Chapter 26, Matthew Bender, 2006.

©2016 Hinshaw & Culbertson LLP

**Lucas, Caryl A.**

| | |
|---|---|
| **From:** | Lucas, Caryl A. |
| **Sent:** | Monday, August 15, 2016 3:06 PM |
| **To:** | 'Adam@breedenandassociates.com'; 'kcoffey@coffeyburlington.com'; 'kkaplan@coffeyburlington.com'; 'cmt@trippscott.com'; 'erc@trippscott.com'; 'mcf@trippscott.com'; 'Delaneyal@att.net'; 'trl@lklsg.com'; 'lgoodman@devinegoodman.com'; 'cclark@devinegoodman.com'; 'apkawel@kawellaw.com'; 'imartinez@bmrlawgroup.com'; 'jwish@wishlaw.net' |
| **Cc:** | Kammer, Ronald L; Phang Sang, Debra (DPhangSang@hinshawlaw.com); Vogel, Jr., H. Steven |
| **Subject:** | SERVICE OF COURT DOCUMENT  - USDC, So. District  JAWHBS, LLC -v- JORGE AREVALO, ET AL., CASE NO.  15-CV-24176 |
| **Attachments:** | 201608151443.pdf |

Please see attached Defendant, Watson Investigations, LLC's Verified Motion for Entitlement To and Award of Attorney's Fees and Costs Pursuant to Federal Rule of Civil Procedure 68 and Florida Rule of Civil Procedure 1.442 and Section 768.79, Florida Statutes

Caryl A. Lucas, Legal Assistant to H. Steven Vogel,
Michael T. Tomlin and Esperanza Segarra
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd, 4th Floor, Coral Gables, FL, 33134
Tel: 305-428-5051 | Fax: 305-577-1063
mailto:clucas@hinshawlaw.com | http://www.hinshawlaw.com

-----Original Message-----
From: Ricoh Scanner
Sent: Monday, August 15, 2016 2:44 PM
To: Lucas, Caryl A.
Subject: Message from "RNP0026735F74A8"

This E-mail was sent from "RNP0026735F74A8" (MP 5002).

Scan Date: 08.15.2016 14:43:46 (-0400)
Queries to: ricoh.scanner@hinshawlaw.com