# EXHIBIT B

# Tripp Scott, P.A.
110 Southeast 6th Street
15th Floor
Fort Lauderdale, FL 33301
Telephone (954)-525-7500 * Fax (954) 761-8475
Tax ID 59-2624630

| | |
|---|---|
| Attn:Steven Cronig<br>Steven Cronig | Date: May 31, 2016<br>Invoice No. 6<br>Account No. 999103.0001<br>Page: 1 |

RE: JAWHBS LLC et al v. Jorge Arevalo et al

email to: scc@hinshawlaw.com



| | | | |
|---|---|---|---|
| | Previous Balance | | $80,000.00 |
| | | | Hours |
| 04/01/2016 | CMT | Review of the document production provided by Arevalo and his entity that is a defendant. Review of the privilege log provided. | 0.30 |
| 04/05/2016 | CMT | Telephone conference with Kevin Kaplan on his request to proceed with additional discovery. | 0.10 |
| | ERC | Telephone conference with Attorney Kaplan and CMT. | 0.10 |
| 04/07/2016 | CMT | Telephone conference with Steve, Ron and Tom on strategy moving forward with respect to the case. No time billed as an accommodation. | |
| 04/11/2016 | CMT | Final review of Steve's answers to interrogatories prior to filing. Review and augmenting the service list and effecting service. | 0.20 |
| | CMT | Review of answers to interrogatories from other defendants. Review of the answers to make sure that there is no inconsistency. No time billed as an accommodation. | |
| 04/13/2016 | CMT | Review of the answers to interrogatories from the defendants Botero and Alianza Holdings. No time billed as an accommodation. | |
| 04/19/2016 | CMT | Review of the Delaney document production. No time billed as an accommodation. | |
| 04/21/2016 | CMT | Review of all pending discovery motions involving the objections to the excess interrogatories. Review of notice to hearing. Draft notice to Steve concerning no hearing attendance is needed. No time billed as an accommodation. | |
| 04/22/2016 | CMT | Review of the transcript of the hearing where certain of the defendants had sought motions for protective orders from the bankruptcy court in connection with the trustees' rule 2000 for examinations. No time billed as | |

Steven Cronig

JAWHBS LLC et al v. Jorge Arevalo et al

Page 2
May 31, 2016
Account No: 999103-0001M
Statement No: 6

|            |     |                                                                                                                                                                                                                                                             | Hours |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|            |     | an accommodation.                                                                                                                                                                                                                                           |       |
| 04/27/2016 | CMT | Review of the prior Rule 11 letter and motion. Review of new Rule 11 letter and motion. Work on additions to the letter.                                                                                                                                    | 0.40  |
| 04/30/2016 | AXC | Review and analysis of recent case law discussing transfer of estate property.                                                                                                                                                                              |       |
| 05/14/2016 | CMT | Review of the Al Delaney responses to Interrogatories in order to use the answers to support Steve's Rule 11 motion.                                                                                                                                        | 0.30  |
| 05/16/2016 | CMT | Initial research into the bankruptcy case law with respect to ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ for use at the discovery hearing.                                                                                                                                   | 1.10  |
| 05/17/2016 | CMT | Work with legal associate to frame issues for the discovery hearing relating to bankruptcy issues dealing with ▬▬▬▬▬▬▬ and related issues. No time billed as an accommodation.                                                                              |       |
| 05/18/2016 | CMT | Review of the exhibit in opposition to the motion to dismiss filed by the plaintiffs which is the assignment of claims. Review of issues with respect to the lack of specificity in dealing with claims against Watson or Steve to be used at a later time. No time billed as an accommodation. |       |
|            | CMT | Telephone with Kevin Kaplan on strategy to follow with respect to the filing of the assignment of claims made by the plaintiffs in opposition to the motion for summary judgment.                                                                            | 0.20  |
| 05/19/2016 | CMT | Review of Arevalo and JA Energy's supplemental answers to interrogatories                                                                                                                                                                                   | 0.10  |
| 05/20/2016 | CMT | Work on preliminary research with respect to ▬▬▬▬▬▬▬▬▬▬ s▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ with respect to a bankruptcy trustee's sale of property.                                                                                                                       | 0.60  |
|            | CMT | Telephone with Steve Vogel with respect to strategy in connection with legal support and/or a legal memorandum being submitted prior to the June 16 discovery hearing.                                                                                       | 0.30  |
|            | CMT | Preparation of detailed email communication to Steve concerning the legal standards to be used in connection with a trustee's sale and the strategy to follow prior to the June 16 hearing.                                                                  | 0.10  |
| 05/23/2016 | CMT | Review of case law and substantial other material in order to prepare an outline of issues for the discovery hearing. Review of prior pleadings for consistency purposes. Draft outline of issues to be considered for the oral argument and/or memo in support of the discovery issues. | 4.70  |
|            | ERC | Conference with CMT regarding discovery hearing.                                                                                                                                                                                                            | 0.20  |
| 05/24/2016 | CMT | Completion of research on the question of ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬ as it applies to bankruptcy sales in order to oppose the discovery request.                                                                                                                  | 0.60  |
|            | CMT | Traveled to Miami for strategy meeting with respect to the discovery hearing. Meeting with both Steeves and telephone conference with Ron on strategy. No time billed for travel.                                                                            | 1.00  |

Steven Cronig
Page 3
May 31, 2016
Account No: 999103-0001M
Statement No: 6

JAWHBS LLC et al v. Jorge Arevalo et al

|  |  |  | Hours |  |
|---|---|---|---|---|
| 05/27/2016 | CMT | Review of the draft of the second amended complaint proposed to be filed. | 0.30 |  |
|  | CMT | Review of the current joint motion to dismiss and other materials as well as the additional allegations contained in the proposed second amended complaint in order to determine if a new motion to dismiss will be needed. | 0.40 |  |
|  | CMT | Telephone conference with Ron and both Steves on strategy to respond to Breeden on the amended complaint. | 0.40 |  |
|  |  | For Current Services Rendered | 11.40 | 4,560.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles M. Tatelbaum | 11.10 | $400.00 | $4,440.00 |
| Edward R Curtis | 0.30 | 400.00 | 120.00 |

Expenses

| 05/31/2016 | Westlaw charges | 190.86 |
|---|---|---|
|  | Total Expenses | 190.86 |
|  | Total Current Work | 4,750.86 |

Payments



| Balance Now Due |  | $4,750.86 |
|---|---|---|

*Due upon receipt*

# Tripp Scott, P.A.
110 Southeast 6th Street
15th Floor
Fort Lauderdale, FL 33301
Telephone (954)-525-7500 * Fax (954) 761-8475
Tax ID 59-2624630

| | |
|---|---|
| Attn: Steven Cronig<br>Steven Cronig | Date: June 30, 2016<br>Invoice No. 7<br>Account No. 999103.0001<br>Page: 1 |

RE: JAWHBS LLC et al v. Jorge Arevalo et al

email to: scc@hinshawlaw.com

| Date | | Description | Hours |
|---|---|---|---|
| 06/01/2016 | CMT | Review of the motion for leave to file the second amended complaint including all of the historical claims and allegations. Review of Steve's comments and suggestions for a response. Review of local rules and procedures with respect to the need for a joint response. | 0.30 |
| 06/03/2016 | CMT | Telephone conference with Steve Vogel to review his draft of the memorandum of law in connection with the discovery dispute and to review case law to be included in the memorandum of law. | 0.50 |
| 06/11/2016 | CMT | Detailed review of the memorandum of law in connection with the discovery dispute. Review of case law citations and bankruptcy docket citations in order to verify not only accuracy, but also applicability and inclusiveness. Draft suggested changes to the memorandum of law. | 1.40 |
| 06/13/2016 | CMT | Detailed review of revise memorandum of law in connection with the discovery dispute. Review references and citations to the bankruptcy cases. | 0.40 |
| | CMT | Participation in telephone conference with Ron and Steve Vogel on strategy for the discovery dispute hearing. | 0.20 |
| 06/14/2016 | CMT | Telephone with Steve Vogel with respect to strategy for the hearing and dealing with various motions that have been filed and need to be filed to extend the time to respond to the second amended complaint. | 0.20 |
| 06/15/2016 | CMT | Review of all pleadings and discovery in order to prepare for the discovery hearing. Review of all of the cases cited and submitted to the magistrate judge in order to be prepared for the hearing on the discovery issues. | 2.80 |
| 06/16/2016 | CMT | Telephone with Ron Kammer on strategy for preparing for the hearing. | 0.40 |
| | CMT | Additional research on the committee notes for the Federal Rules of Civil Procedure dealing with relevant documents in order to prepare for the hearing on the discovery issues. | 0.60 |
| | CMT | Travel to Miami for the hearing on the discovery issue. Meeting with Ron in order to prepare for the hearing. Attendance at the hearing. No travel time billed as an accommodation. | 3.40 |

Page 2
June 30, 2016
Account No: 999103-0001M
Statement No: 7

Steven Cronig

JAWHBS LLC et al v. Jorge Arevalo et al

| Date | | Description | Hours |
|---|---|---|---|
| 06/21/2016 | CMT | Review of Steve Cronig;'s draft of Interrogatories. Work on scheduling depositions in coordination with the Plaintiffs. Telephone with Steve Vogel on the witness list to be submitted. | 0.60 |
| 06/22/2016 | CMT | Participation in two telephone calls with Kevin Kaplan on witnesses and joint strategy. | 0.40 |
| 06/23/2016 | CMT | Telephone with ▓▓▓▓ as a potential expert in order to review the facts and circumstances and to confirm that he is qualified to provide the expert opinion. | 0.30 |
| | CVP | Drafted Cronig's Fact Witness List, due 06/30 per the Scheduling Order | 0.90 |
| | CMT | Review of Issues concerning use of a as an expert witness whether he needs to be designated as testifying with with the initial disclosure due to the fact that will be a consulting expert at the initial stage. Review of the joint scheduling report and the scheduling order for a determination as to when the defendants' expert must be disclosed. Review of local rules concerning the disclosure of expert witness reports and the timing for expert witness disclosures. | 0.70 |
| | CMT | Review of written documents and materials in the file in order to begin to prepare the materials that may be needed for ▓▓▓▓ an order to prepare an expert report by the June 30 deadline. | 0.90 |
| 06/24/2016 | CMT | Telephone conference with ▓▓▓▓ and Ron Kammer on the expert report. | 0.40 |
| | CMT | Review of all of the file materials and the bankruptcy court dockets in order to identify and copy the pleadings and other materials to send to ▓▓▓▓ for his expert report. | 1.10 |
| 06/28/2016 | CMT | Telephone conference between Ron and Chuck with ▓▓▓▓ to provide facts for his expert opinion. | 0.50 |
| | CMT | Review of all of the hearing transcripts so as to be able to point out to the expert the important facts for his expert opinion. | 1.40 |
| | CMT | Gathering needed facts and other materials for the expert's use in his opinion. | 0.40 |
| 06/29/2016 | CVP | Prepared preliminary draft of Expert Witness Disclosure of Joe Luzinski | 0.70 |
| | CMT | Review of the initial draft of Joe Luzinski's expert report in order to consider possible additions and changes. | 0.40 |
| | CMT | Telephone conference with Ron and Joe Luzinski to discuss suggested additions and changes to the expert report to be submitted by June 30. | 0.50 |
| | CMT | Review of revised expert report from Joe Luzinski incorporating the changes suggested by Ron and myself. | 0.30 |
| 06/30/2016 | CMT | Review of the changes to the expert report suggested by Ron. Work on changes that I suggest. review transcript references for accuracy. | 0.70 |
| | CMT | Telephone with Joe Luzinski on suggested changes to the expert report. | 0.30 |
| | CMT | Work on additions to the formal designation of expert including the preliminary expert report. | 0.20 |
| | CMT | Review of Steve's suggestions for additions to the expert report. Work on finalizing the expert disclosure and report, as well as the fact witness disclosure for filing. | 0.60 |

Steven Cronig

JAWHBS LLC et al v. Jorge Arevalo et al

|  | Hours |  |
|---|---|---|
| For Current Services Rendered | 21.50 | 8,440.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles M. Tatelbaum | 19.90 | $400.00 | $7,960.00 |
| Christina V. Paradowski | 1.60 | 300.00 | 480.00 |

Total Current Work     8,440.00



$13,190.86



*Due upon receipt*

# Tripp Scott, P.A.
110 Southeast 6th Street
15th Floor
Fort Lauderdale, FL 33301
Telephone (954)-525-7500 * Fax (954) 761-8475
Tax ID 59-2624630

| | |
|---|---|
| Attn: Steven Cronig<br>Steven Cronig | Date: July 31, 2016<br>Invoice No. 8<br>Account No. 999103.0001<br>Page: 1 |

RE: JAWHBS LLC et al v. Jorge Arevalo et al

email to: scc@hinshawlaw.com

| Date | | Description | Hours |
|---|---|---|---|
| 07/03/2016 | CMT | Detailed review of the expert reports and documents submitted by Breeden as part of the expert and related disclosures. | 1.80 |
| | CMT | Draft detailed report to everyone on our team with respect to conclusions from the expert reports, and the need to act quickly given the July 15 deadline. | 0.40 |
| 07/05/2016 | CMT | Telephone conference with Steve Cronig, Ron and Steve Vogel in order to determine what needs to be done with respect to opposing expert opinions. | 0.70 |
| | CMT | Review of the ▮▮▮ standards for ▮▮▮ in order to determine what is needed for a counter expert to refute the standards used by the plaintiffs for their appraisals. | 0.40 |
| | CMT | Communicating with prospective expert ▮▮▮ in order to determine who is able, qualified and willing to act as an expert in rebuttal dealing with ▮▮▮. | 1.60 |
| | CMT | Additional review of appraisal standards of the Appraisal Institute in order to determine what type of expert is needed and what type of opinion is needed for rebuttal. | 0.60 |
| 07/06/2016 | CMT | Telephone conferences with three potential ▮▮▮ experts in order to determine who should be engaged in order to be the rebuttal expert ▮▮▮. Review of factual and legal issues with each in order to determine who would be best to serve as an expert witness. | 1.10 |
| | CMT | Telephone with Kevin Kaplan to discuss the use of joint experts, responsive experts and the deadlines. | 0.30 |
| 07/07/2016 | CMT | Review of all pleadings and issues relating to the extension of the deadline for the designation of experts and rebuttal experts. Communications with the proposed ▮▮▮ rebuttal expert to coordinate the meeting. | 0.40 |
| | CMT | Protracted telephone conversation with Adam Breeden with respect to expert discovery, the Delaney deposition, and his explanation as to why there is liability on the part of Steve and Watson. | 0.40 |
| | CMT | Review of all of the answers to interrogatories and request for production of documents in order to start preparation for cross-examination of witnesses during deposition and other discovery issues. | 5.20 |

Steven Cronig

JAWHBS LLC et al v. Jorge Arevalo et al

Page 2
July 31, 2016
Account No:     999103-0001M
Statement No:             8

|            |     |                                                                                                                                                                                                                                                                                                                                                                 | Hours |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 07/08/2016 | CMT | Review of draft interrogatories prepared by Steve in order to determine if there should be any additional materials included. No time billed based upon the division of responsibility.                                                                                                                                                                         |       |
|            | CMT | Review of additional factual materials including ▓▓▓▓▓ in order to prepare for depositions. Review of documents to be used in the depositions as cross-examination. Communications with counsel for the plaintiffs and counsel for other defendants with respect to the location of the Delaney deposition.                                                      | 0.80  |
|            | CMT | Final review of documents to be used in the various depositions. Review of issues with respect to cross noticing of Arevalo for his deposition. Review of Deutsche Bank term sheet and other materials in connection with Arevalo's proposal. Work on a list of documents that need to be subpoenaed for the depositions.                                        | 1.30  |
|            | LXC | Preparing of discovery binder for C. Tatelbaum                                                                                                                                                                                                                                                                                                                   | 2.00  |
| 07/11/2016 | CMT | Review of the Kevin Cowan deposition transcript taken by the attorney for the two bankruptcy trustees.                                                                                                                                                                                                                                                           | 0.60  |
|            | CMT | Telephone conference with ▓▓▓▓▓ as a potential rebuttal expert in the area of ▓▓▓▓▓                                                                                                                                                                                                                                                                              | 0.30  |
|            | LXC | Prepare deposition binder for Al Delaney for M. Tatelbaum                                                                                                                                                                                                                                                                                                        | 0.50  |
| 07/13/2016 | LXC | Prepared deposition for Arevalo & JA Energy for C. Tatelbaum                                                                                                                                                                                                                                                                                                     | 0.50  |
|            | LXC | Preparation for deposition binder for O. Botero for C. Tatelbaum                                                                                                                                                                                                                                                                                                 | 0.20  |
| 07/14/2016 | CMT | Telephone with Ron Kammer to plan strategy with respect to Steve's deposition, the other depositions, the additional document production and strategy in dealing with Arevalo.                                                                                                                                                                                   | 0.20  |
| 07/18/2016 | CMT | Telephone with Steve Cronig and Steve Vogel concerning the question of ▓▓▓▓▓                                                                                                                                                                                                                                                                                     | 0.30  |
|            | CMT | Review of written documents and communications ▓▓▓▓▓ should be subject to the attorney-client privilege.                                                                                                                                                                                                                                                         | 0.30  |
|            | CMT | Review of all of the Delaney e-mails and other communications in order to prepare for the Delaney deposition.                                                                                                                                                                                                                                                    | 0.40  |
|            | CMT | Telephone with Ron Kammer on privilege issues.                                                                                                                                                                                                                                                                                                                   | 0.20  |
| 07/19/2016 | CMT | Participation in telephone conference call with Ron Kammer and ▓▓▓▓▓                                                                                                                                                                                                                                                                                             | 0.60  |
|            | CMT | Telephone with Steve Vogel on the Scola motion to dismiss and document production issues.                                                                                                                                                                                                                                                                        | 0.20  |
|            | CMT | Review of all of the answers to interrogatories and document production of Al Delaney in order to prepare for the deposition.                                                                                                                                                                                                                                    | 0.40  |
|            | CMT | Participation in telephone conference with Larry Goodman and Kevin Kaplan on the Delaney deposition.                                                                                                                                                                                                                                                             | 0.40  |
|            | CMT | Telephone with Ron Kammer to review conference call with Kaplan and Goodman and to prepare for Delaney deposition.                                                                                                                                                                                                                                               | 0.30  |

Page 3
July 31, 2016
Account No: 999103-0001M
Statement No: 8

Steven Cronig

JAWHBS LLC et al v. Jorge Arevalo et al

| Date | | | Hours | |
|---|---|---|---|---|
| 07/20/2016 | CMT | Review of the hundreds of pages of deposition exhibits to be used at the Delaney deposition in order to prepare for ▓▓▓▓ and any cross examination. | 3.20 | |
| 07/22/2016 | CMT | Telephone with Steve Vogel on issues with respect to the Fran Scola motion to dismiss. | 0.30 | |
| | CMT | Review of deposition exhibits and preparation of outline of questions for possible cross-examination of Delaney. | 0.60 | |
| 07/25/2016 | CMT | Travel to Houston for Delaney deposition. No travel time billed as an accommodation. | | |
| | CMT | Preparation for and participation in deposition of Al Delaney in Houston. Negotiation with other counsel with respect to open issues and strategy for going forward. Return travel from Houston. No time billed for travel and extensive airport delays as an accommodation. | 8.00 | |
| 07/26/2016 | CMT | Telephone with Al Delaney with respect to joint and mutual defense issues and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓t | 0.20 | |
| | CMT | Review of the court docket and the motion to dismiss the first amended complaint in order to gather material for the Rule 11 safe harbor demand letter and Rule 11 motion. Review of notes of the Al Delaney deposition. Draft Rule 11 safe harbor letter to be sent to the attorneys for the plaintiffs as well as the draft Rule 11 motion. | 1.20 | |
| 07/27/2016 | CMT | Review of materials in order to prepare draft of settlement demand to be sent to the attorneys for the plaintiffs. Draft settlement demand on behalf of Steve, Watson and Fran. | 0.60 | |
| | | For Current Services Rendered | 36.50 | 13,720.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles M. Tatelbaum | 33.30 | $400.00 | $13,320.00 |
| Lazara Cruz | 3.20 | 125.00 | 400.00 |

Expenses

| | | | |
|---|---|---|---|
| 07/18/2016 | Photocopies, 59 copies | | 14.75 |
| | Total Expenses | | 14.75 |
| | Total Current Work | | 13,734.75 |

*Due upon receipt*

# Tripp Scott, P.A.
110 Southeast 6th Street
15th Floor
Fort Lauderdale, FL 33301
Telephone (954)-525-7500 * Fax (954) 761-8475
Tax ID 59-2624630

Attn: Steven Cronig
Steven Cronig

Date: August 5, 2016
Invoice No. 9
Account No. 999103.0001
Page: 1

RE: JAWHBS LLC et al v. Jorge Arevalo et al

email to: scc@hinshawlaw.com

| Date | TK | Description | Hours | |
|---|---|---|---|---|
| 08/02/2016 | CMT | Review of exhibits and documents in order to prepare for the Botero deposition. Meeting with said Curtis to provide him with an outline of issues in order to be prepared for any possible objections or cross-examination at the Botero deposition. | 1.40 | |
| | ERC | Review of Second Amended Complaint. Conference with CMT. Prepare for deposition of Botero. | 1.60 | |
| 08/04/2016 | CMT | Meetings with other counsel prior to the discovery hearing in order to deal with discovery issues and ongoing depositions. Participation and attendance at discovery hearing. Meeting with counsel subsequent to the hearing. No time billed for non-working drive time as an accommodation. | 1.80 | |
| | AXC | Reviewed and analyzed Order granting in part, denying in part, Defendants' motion to dismiss Plaintiffs' first amended complaint. | | |
| | CMT | Review of documents produced by Arevalo and by Delaney in order to prepare for cross examination of Arevalo at his deposition. Review of the Delaney deposition transcript to prepare for Arevalo cross examination. | 2.80 | |
| 08/05/2016 | CMT | Birch on the interaction and interplay between the Florida statute and the Federal rules with respect to recovering on an offer of judgment. Work on drafting the initial motion for payment under the offer of judgment for SLS. | 0.90 | |
| | | For Current Services Rendered | 8.50 | 3,400.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Charles M. Tatelbaum | 6.90 | $400.00 | $2,760.00 |
| Edward R Curtis | 1.60 | 400.00 | 640.00 |

Total Current Work                                                                              3,400.00





|  |  | Hours Worked | Hours to Bill | Amount |  |
|---|---|---|---|---|---|
| Total for Timekeeper 6 | Billable | 89.30 | 71.20 | 28,480.00 | Charles M. Tatelbaum |
| Total for Timekeeper 33 | Billable | 1.90 | 1.90 | 760.00 | Edward R Curtis |
| Total for Timekeeper 47 | Billable | 1.60 | 1.60 | 480.00 | Christina V. Paradowski |
| Total for Timekeeper 670 | Billable | 0.20 | 0.00 | 0.00 | Linda E. Wald |
| Total for Timekeeper 687 | Billable | 3.70 | 3.20 | 400.00 | Lazara Cruz |
| Total for Timekeeper 732 | Billable | 0.60 | 0.00 | 0.00 | Angelo Castaldi |
| Total for Timekeeper 750 | Billable | 0.80 | 0.80 | 120.00 | Rhonda L. Allen |
| Total for Timekeeper 754 | Billable | 15.30 | 0.00 | 0.00 | Joseph R. Kadis |

**GRAND TOTALS**

|  |  |  |  |  |
|---|---|---|---|---|
|  | Billable | 113.40 | 78.70 | 30,240.00 |