UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:15-cv-24176-GAYLES

JAWHBS LLC a Florida limited liability
company; and SLS PROPERTIES THREE,
LLC, a Nevada limited liability company,

    Plaintiffs,

vs.

JORGE AREVALO, an individual;
JA ENERGY RESOURCES, LLC, a Florida
limited liability company; SHUTTS &
BOWEN, LLP, a Florida limited liability
Partnership; KEVIN D. COWAN, an
Individual; OMAR BOTERO, an individual;
ALIANZA FINANCIAL SERVICES, LLC, a
Florida limited liability company; ALIANZA
HOLDINGS, LLC,  a Florida limited liability
partnership; AL DELANEY, an individual;
CRYSTAL TOWER PARTNERS II, LLC, a
Florida limited liability company; CRYSTAL
TOWER ON BRICKELL PLAZA, LLC, a
Florida limited liability company; WATSON
INVESTIGATIONS, LLC,  a Florida limited
liability company; STEVEN CARLYLE
CRONIG, an individual,

    Defendants.
_____/

### SHUTTS & BOWEN, LLP AND KEVIN D. COWAN'S
### MOTION TO BIFURCATE ATTORNEY'S FEES DETERMINATION

Defendants Shutts & Bowen, LLP and Kevin D. Cowan ("Defendants") hereby move for

an order bifurcating the attorneys' fee determination to permit Defendants to raise the

entitlement issue first.

Defendants bring this motion in the interests of efficiency and reducing the burden on this Court and the parties. Under such a procedure, once the Court determines entitlement, the Defendants can then pursue the issue of the amount of fees. This process will promote efficiency, reduce the burden on the Court, and conserve resources for the parties.

Defendants have filed motions (D.E. 185 and 186) requesting a determination of entitlement for fees. In the event the Court determines that both entitlement and amount should be addressed at the same time, Defendants request leave to supplement their pending motions to address the reasonable fee element.

Wherefore, Defendants request that the Court permit Defendants to raise the issue of fee entitlement only, and to address the amount fees in subsequent motion practice.

Counsel for Defendant conferred with counsel for Plaintiffs in a good faith effort to resolve the issues raised in this motion and has been unable to do so.

Respectfully submitted,

By: */s/ David J. Zack*
Kendall B. Coffey, Esq. – Florida Bar No. 259861
kcoffey@coffeyburlington.com
Kevin C. Kaplan, Esq. – Florida Bar No. 933848
kkaplan@coffeyburlington.com
David J. Zack, Esq. – Florida Bar No. 641685
dzack@coffeyburlington.com
vmontejo@coffeyburlington.com
service@coffeyburlington.com
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261
*Counsel for Defendants Shutts & Bowen, LLP and Kevin D. Cowan*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on August 25, 2016 on all counsel or parties of record on the Service List below.

                                                    */s/ David J. Zack*
                                                    David J. Zack

## SERVICE LIST

### Case No. 1:15-cv-24176-GAYLES

**Jerrold A. Wish, Esq.**
jwish@wishlaw.net
THE WISH LAW FIRM
1927 NW 104th Way
Gainesville, Florida 32606
Telephone: (786) 200-7077

*Attorneys for Plaintiff*

**Ronald L. Kammer, Esq.**
rkammer@hinshawlaw.com
dphangsang@hinshawlaw.com
nbroche@hinshawlaw.com
**H. Steven Vogel, Esq.**
svogel@hinshawlaw.com
clucas@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd. , 4th Floor
Coral Gables, Florida 33134
Telephone: (305) 358-7747
Facsimile:  (305) 577-1063

*Attorneys for Defendant Watson Investigations, LLC*

**Adam J. Breeden, Esq.**
Adam@Breedenandassociates.com
BREEDEN & ASSOCIATES, PLLC
1404 S. Jones Blvd.
Las Vegas, NV 89146
Telephone: (702) 508-9250
Facsimile:  (702) 508-9365

*Attorneys for Plaintiff*

**Thomas R. Lehman, Esq.**
trl@lklsg.com
ar@lklsg.com
LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP
Miami Center, 22nd Floor
201 South Biscayne Blvd.
Miami, FL 33133
Telephone: (305) 403-8788
Facsimile:  (305) 403-8789

*Attorneys for Defendants Omar Botero, Alianza Financial Services, LLC and Alianza Holdings, LLC*

| | |
|---|---|
| **Charles M. Tatelbaum, Esq.** | **Albert F. Delaney,** *Pro Se* |
| cmt@trippscott.com | 45 Scarlet Woods Court |
| lxc@trippscott.com | Spring, TX 77380 |
| **Michael C. Foster, Esq.** | Telephone:  (786) 683-0002 |
| mcf@trippscott.com | vfsdelaney@att.net |
| iah@trippscott.com | |
| **Edward R. Curtis, Esq.** | *Defendant* |

erc@trippscott.com
pfb@trippscott.com
**Christina V. Paradowski, Esq.**
cvp@trippscott.com
TRIPP SCOTT, P.A.
110 S.E. 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Telephone: (954) 525-7500
Facsimile:  (954) 761-7500

*Attorneys for Steven C. Cronig*

**Lawrence D. Goodman, Esq.**
**Caitlin M. Clarke, Esq.**
lgoodman@devinegoodman.com
cclarke@devinegoodman.com
efiling@devinegoodman.com
rkuntz@devinegoodman.com
smallet@devinegoodman.com
DEVINE GOODMAN RASCO & WATTS-FITZGERALD, LLP
2800 Ponce de Leon Blvd, Suite 1400
Coral Gables, Florida 33134
Telephone: (305) 374-8200
Facsimile:  (305) 374-8208

*Attorneys for Defendants JA Energy Resources, LLC and Jorge Arevalo*

COFFEY | BURLINGTON
2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900  F. 305·858·5261