UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-24176

JAWHBS LLC, a Florida limited liability
company; and SLS PROPERTIES THREE,
LLC, a Nevada limited liability company,

      Plaintiffs,
v.

JORGE AREVALO, an individual, *et al*.

      Defendants.
_____/

## NOTICE OF CORRECTED SERVICE DATE
*(To Correct Scrivener's Error in Certificate of Service)*

NOTICE IS HEREBY GIVEN to the Court and all parties of record by Defendant STEVEN CARYLE CRONIG ("Mr. Cronig") that the certificate of service attached to *Defendant Steven Carlyle Cronig's Verified Motion for Entitlement to and Award of Attorneys' Fees and Costs Pursuant to Federal Rule of Civil Procedure 68 and Florida Rule of Civil Procedures 1.42 and Section 768.79, Florida Statutes* [ECF No.197] should have reflected a service date of August 31, 2016.

Dated this  31st  day of August, 2016.

**[*Remainder of Page Intentionally Left Blank*]**

1316590v1 999103.0002

Respectfully submitted,

**TRIPP SCOTT, P.A.**
*Counsel for Steven C. Cronig*
110 S.E. 6th Street, Fifteenth Floor
Ft. Lauderdale, FL 33301
Telephone: 954-525-7500
Facsimile: 954-761-7500

By: */s/ Charles M. Tatelbaum*
CHARLES M. TATELBAUM
*Florida Bar No. 177540*
cmt@trippscott.com
MICHAEL C. FOSTER
*Florida Bar No. 0042765*
mcf@trippscott.com
EDWARD R. CURTIS
*FLORIDA BAR NO.: 236845*
erc@trippscott.com
CHRISTINA V. PARADOWSKI
*Florida Bar No. 0056708*
cvp@trippscott.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2016, I filed the foregoing with the Court via the CM/ECF system which sent notification to all parties of interest entitled to notice as indicated on the attached service list, and that a true copy hereof was sent on August 31, 2016, by U.S. First Class mail to all parties entitled to notice as indicated on the attached service list.

By: */s/ Charles M. Tatelbaum*
CHARLES M. TATELBAUM

**SERVICE LIST**

| | |
|---|---|
| Adam J. Breeden, Esq.<br>Adam@breedenandassociates.com<br>BREEDEN & ASSOCIATES, PLLC<br>1404 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Ph. 702-508-9250<br>Fax 702-508-9365<br>*Co-Counsel for Plaintiffs* | Jerrold A. Wish, Esq.<br>jwish@wishlaw.net<br>THE WISH LAW FIRM<br>1927 NW 104th Way<br>Gainesville, FL 32606<br>Ph.786-200-7077<br>*Co-Counsel for Plaintiffs* |
| Kendall Coffey, Esq.<br>kcoffey@coffeyburlington.com<br>Kevin C. Kaplan, Esq.<br>kkaplan@coffeyburlington.com<br>COFFEY BURLINGTON<br>2601 South Bayshore Drive, PH1<br>Miami, FL 33133<br>Tel: 305.858.2900<br>Fax: 305.858.5261<br>*Counsel for Shutts & Bowen, LLP and Kevin Cowan* | Charles M. Tatelbaum, Esq.<br>cmt@trippscott.com<br>Edward Curtis, Esq.<br>erc@trippscott.com<br>Michael C. Foster, Esq.<br>mcf@trippscott.com<br>TRIPP SCOTT<br>110 S.E. 6th Street, 15th Floor<br>Ft. Lauderdale, FL 33301<br>Ph. 954-525-7500<br>Fax 954-761-7500<br>*Counsel for Steven C. Cronig* |
| Albert F. Delaney<br>Delaneyal@att.net<br>45 Scarlet Woods Court, Suite 1102<br>Spring, TX 77380<br>*Pro Se Defendant* | Thomas Ralph Lehman<br>Levine Kellogg Lehman Schneider Grossman LLP<br>201 S. Biscayne Boulevard<br>The Miami Center<br>22nd Floor<br>Miami, FL 33131<br>Ph. 305-403-8788<br>Fax 305-403-8789<br>*Counsel for Omar Botero* |
| Lawrence Goodman, Esq.<br>lgoodman@devinegoodman.com<br>DEVINE GOODMAN et. al.<br>2800 Ponce de Leon Boulevard, Suite 1400<br>Coral Gables, FL 33134<br>Ph. 305.374.8200<br>Fax 305.374.8208<br>*Counsel for JA Energy Resources, LLC and Jorge Arevalo* | |