### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

#### CASE NO.: 1:15-cv-24176

JAWHBS LLC, a Florida limited liability
Company, and SLS PROPERTIES THREE,
LLC, a Nevada limited liability company,

      Plaintiffs,

v.

JORGE AREVALO, an individual *et al.*,

      Defendants,

_____/

### DEFENDANTS' JOINT MOTION FOR EXTENSION OF DEADLINES TO EXCHANGE EXPERT WITNESS SUMMARIES AND REPORTS

Defendants Omar Botero, Alianza Financial Services, LLC, Alianza Holdings, LLC, Jorge E. Arevalo, JA Energy Resources, LLC, Watson Investigations, LLC, Francis H. "Fran" Scola, III, and Steven C. Cronig (collectively, the "Defendants"), pursuant to Rule 6, Federal Rules of Civil Procedure, jointly move for an order extending the deadlines to exchange expert witness summaries and reports by seventy (70) days while the Court addresses the sufficiency of Plaintiff JAWHBS LLC's ("JAWHBS") recent pleading, its Third Amended Complaint, and, in support thereof, state:

1.     On August 4, 2016, the Court dismissed Plaintiffs JAWHBS and SLS Properties Three, LLC's ("SLS") Second Amended Complaint and dismissed SLS from the action with prejudice. [D.E. 176].

2.     On August 25, 2016, JAWHBS filed its Third Amended Complaint, [D.E. 189], which is substantively identical to the prior dismissed complaints.

3.      The Defendants anticipate moving to dismiss the Third Amended Complaint. Depending on the claims, if any, remaining after the Court rules on the forthcoming motions to dismiss, the Defendants intend to retain appropriate experts based on the issues before the Court after the pleadings are closed.   Thus, the Defendants are currently not able to make a fully informed determination of the experts needed for trial or to rebut experts designated by JAWHBS.

4.      This matter is not at issue and will not likely be at issue until at least October 2016.

5.      Pursuant to the Scheduling Order in this action, the parties were to exchange expert witness and rebuttal expert witness summaries and reports by June 30, 2016 and July 15, 2016, respectively.   [D.E. 79].   However, the Court previously extended these deadlines by no less than seventy days to accommodate outstanding issues with Plaintiffs' pleadings, namely dismissal of the Plaintiffs' prior complaint.   [D.E. 161].   Currently, the deadlines to exchange expert witness and rebuttal expert witness summaries and reports are September 9, 2016 and September 23, 2016, respectively.   [D.E. 161]. 1

6.      The Defendants therefore seek a similar accommodation of seventy days in this instance given that the same circumstances with respect to the state of the pleadings and the need to conserve resources in retaining experts exist now as when the Court extended the deadlines on July 6, 2016.

7.      Defendants, Shutts & Bowen, LLP and Kevin D. Cowan do not join in this motion but consent to the relief request by Defendants.

---

1 Cronig and Watson previously named an expert prior to the Court's order extending the time to name experts [D.E. 79] and still intend to rely on that expert, should the Court deny the Motion to Dismiss the Third Amended Complaint.  They nevertheless join in the relief requested and reserve the right to disclose additional experts, if needed, once the pleading are closed.

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 22nd Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

**WHEREFORE**, the Defendants respectfully request that the Court enter an order extending the deadline to exchange expert witness and rebuttal expert witness summaries and reports by seventy (70) days, along with such other relief the Court deems just a proper.

### LOCAL RULE 7.1 CONFERRAL

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that they conferred via telephone and email with Adam Breeden, counsel for JAWHBS, on September 6, 2016, in a good faith effort to resolve the issues herein but were unable to do so.

Dated: September 8, 2016                        Respectfully submitted,

LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP
*Counsel for Omar Botero, Alianza*
*Financial Services, LLC, and*
*Alianza Holdings, LLC*
Miami Center, 22nd Floor
201 South Biscayne Boulevard
Miami, FL  33131
Telephone (305) 403-8788
Facsimile   (305) 403-8789

By: /s/ *Thomas R. Lehman*
THOMAS R. LEHMAN, P.A.
Florida Bar No. 351318
Primary: trl@lklsg.com
Secondary: ar@lklsg.com
MARCELO DIAZ-CORTES, ESQ.
Florida Bar No. 118166
Primary: md@lklsg.com
Secondary: cod@lklsg.com

Charles M. Tatelbaum, Esq.
Edward Curtis, Esq.
TRIPP SCOTT
110 S.E. 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Telephone (954) 525-7500
Facsimile   (954) 761-7500
*Counsel for Steven C. Cronig*

3

LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP
201 South Biscayne Boulevard, 22nd Floor, Miami Center, Miami, Florida 33131 · Main: 305.403.8788 · Fax: 305.403.8789

Ronald L. Kammer, Esq.
H. Steven Vogel, Esq.
HINSHAW & CULBERTSON, LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, FL  33134
Telephone (305) 358-7747
Facsimile  (305) 577-1063
*Counsel for Watson Investigations, LLC*

Lawrence Goodman, Esq.
DEVINE GOODMAN et.al.
2800 Ponce de Leon Boulevard, Suite 1400
Coral Gables, FL  33134
Telephone (305) 374-8200
Facsimile  (305) 374-8208
*Counsel for JA Energy Resources, LLC and*
*Jorge Arevalo*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2016, I electronically filed the foregoing *Defendants' Joint Motion For Extension of Deadlines To Exchange Expert Witness Summaries And Reports* with the Clerk of the Court using CM/ECF.  I also certify that the foregoing documents are being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in the manner stated in the service list attached.

*/s/ Thomas R. Lehman*
Thomas R. Lehman

## SERVICE LIST

| | |
|---|---|
| Adam J. Breeden, Esq.<br>BREEDEN & ASSOCIATES, PLLC<br>1404 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Ph. 702-508-9250<br>Fax 702-508-9365<br>*Co-Counsel for Plaintiffs* | Jerrold A. Wish, Esq.<br>THE WISH LAW FIRM<br>1927 NW 104th Way<br>Gainesville FL 32606<br>Ph. 786-200-7077<br>*Co-Counsel for Plaintiffs* |
| Kendall Coffey, Esq.<br>Kevin C. Kaplan, Esq.<br>COFFEY BURLINGTON<br>2601 South Bayshore Drive, PH I<br>Miami, FL 33133<br>Tel: 305.858.2900<br>Fax: 305.858.5261<br>*Counsel for Shutts & Bowen,<br>LLP and Kevin Cowan* | Albert Delaney<br>45 Scarlet Woods Court<br>Spring, TX 77380<br>*Pro Se* |

10A2000