UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-24176

**JAWHBS LLC**, a Florida limited liability company,

**Plaintiff,**

v.

**JORGE AREVALO**, an individual, *et al.*
**Defendants.**
_____/

## AMENDMENT BY INTERLINEATION TO DEFENDANTS' JOINT MOTION TO DISMISS THIRD AMENDED COMPLAINT.

Defendants, hereby file this amendment by interlineation to the Joint Motion To Dismiss the Third Amended Complaint filed on September 14, 2016 and state:

1. The first sentence of the first full paragraph at page 7 of The Defendants' Joint Motion to Dismiss Third Amended Complaint contains a quote from Paragraph 62 of the Plaintiff's Third Amended Complaint.

2. This sentence contains a typographical error and is hereby corrected to read "Although the WATSON GROUP was an unloyal agent, it was nevertheless an agent of the AREVALO GROUP and ratified AREVALO'S acts…"[TAC at Paragraph 62]

Respectfully submitted,

Ronald L. Kammer, Esq.
rkammer@hinshawlaw.com
dphangsang@hinshawlaw.com
H. Steven Vogel, Esquire
svogel@hinshawlaw.com
clucas@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd., 4th floor

1

Coral Gables, FL 33134

*Counsel for Watson Investigations, LLC*

Kendall Coffey, Esq
Florida Bar No. 259861
kcoffey@coffeyburlington.com
Kevin C. Kaplan, Esq.
Florida Bar No 933848
kkaplan@coffeyburlington.com
COFFEY BURLINGTON
2601 South Bayshore Drive, PH1
Miami, FL 33133
Tel: 305.858.2900
Fax: 305.858.5261
*Counsel for Shutts & Bowen, LLP and Kevin Cowan*

Lawrence Goodman, Esq.
lgoodman@devinegoodman.com
DEVINE GOODMAN et. al.
2800 Ponce de Leon Boulevard, Suite 1400
Coral Gables, FL 33134
Ph. 305.374.8200
Fax 305.374.8208
*Counsel for JA Energy Resources, LLC and Jorge Arevalo*

Charles M. Tatelbaum, Esq.
Florida Bar No. 177540
cmt@trippscott.com
Edward Curtis, Esq.
Florida Bar No. 236845
erc@trippscott.com
Michael C. Foster, Esq.
Florida Bar No.427065
mcf@trippscott.com
TRIPP SCOTT
110 S.E. 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Ph. 954-525-7500
Fax 954-761-7500
*Counsel for Steven C. Cronig*

LEVINE KELLOGG LEHMAN
SCHNEIDER & GROSSMAN LLP
Miami Center, 22nd Floor
201 S. Biscayne Boulevard
Miami, FL 33131
Telephone (305) 403-8788
Facsimile   (305) 403-8789
THOMAS R. LEHMAN, P.A.
Florida Bar No. 351318
Primary: trl@lklsg.com
Secondary: ar@lklsg.com
MARCELO DIAZ-CORTES, ESQ.
Florida Bar No. 118166
Primary: md@lklsg.com
Secondary: cod@lklsg.com

*Counsel for Defendants, Omar Botero, Alianza Financial Services, LLC, and Alianza Holdings, LLC*

15280630v1 0981354

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 22nd day of September 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic filing.

*s/ H. Steven Vogel*

## SERVICE LIST

Adam J. Breeden, Esq.
Adam@breedenandassociates.com
BREEDEN & ASSOCIATES, PLLC
1404 S. Jones Blvd.
Las Vegas, NV 89146
Ph. 702-508-9250
Fax 702-508-9365
*Co-Counsel for Plaintiffs*

Kendall Coffey, Esq.
kcoffey@coffeyburlington.com
Kevin C. Kaplan, Esq.
kkaplan@coffeyburlington.com
COFFEY BURLINGTON
2601 South Bayshore Drive, PH1
Miami, FL 33133
Tel: 305.858.2900
Fax: 305.858.5261
*Counsel for Shutts & Bowen, LLP and Kevin Cowan*

Lawrence Goodman, Esq.
lgoodman@devinegoodman.com
DEVINE GOODMAN et. al.
2800 Ponce de Leon Boulevard,
Suite 1400
Coral Gables, FL 33134
Ph. 305.374.8200
Fax 305.374.8208
*Counsel for JA Energy Resources, LLC and Jorge Arevalo*

Al Delaney
45 Scarlet Woods Court, Suite 1102
Spring, TX 77380

*Pro Se Defendant*

Jerrold A. Wish, Esq.
jwish@wishlaw.net
THE WISH LAW FIRM
1927 NW 104th Way
Gainesville, FL 32606
Ph.786-200-7077
*Co-Counsel for Plaintiffs*

Charles M. Tatelbaum, Esq.
cmt@trippscott.com
Edward Curtis, Esq.
erc@trippscott.com
Michael C. Foster, Esq.
mcf@trippscott.com
TRIPP SCOTT
110 S.E. 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Ph. 954-525-7500
Fax 954-761-7500
*Counsel for Steven C. Cronig*

LEVINE KELLOGG LEHMAN
SCHNEIDER & GROSSMAN LLP
Miami Center, 22nd Floor
201 S. Biscayne Boulevard
Miami, FL 33131
Telephone (305) 403-8788
Facsimile  (305) 403-8789
THOMAS R. LEHMAN, P.A.
Florida Bar No. 351318
Primary: trl@lklsg.com
Secondary: ar@lklsg.com
MARCELO DIAZ-CORTES, ESQ.
Florida Bar No. 118166
Primary: md@lklsg.com
Secondary: cod@lklsg.com

*Counsel for Defendants, Omar Botero, Alianza Financial Services, LLC, and Alianza Holdings, LLC*

15280630v1 0981354