UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-24176-GAYLES

JAWHBS LLC, a Florida limited liability
company,

    Plaintiff,
vs.

JORGE AREVALO, an individual;
JA ENERGY RESOURCES, LLC, a Florida
limited liability company; SHUTTS &
BOWEN, LLP, a Florida limited liability
Partnership; KEVIN D. COWAN, an
Individual; OMAR BOTERO, an individual;
ALIANZA FINANCIAL SERVICES, LLC, a
Florida limited liability company; ALIANZA
HOLDINGS, LLC, a Florida limited liability
partnership; AL DELANEY, an individual;
CRYSTAL TOWER PARTNERS II, LLC, a
Florida limited liability company; CRYSTAL
TOWER ON BRICKELL PLAZA, LLC, a
Florida limited liability company; WATSON
INVESTIGATIONS, LLC,  a Florida limited
liability company; STEVEN CARLYLE
CRONIG, an individual, FRANCIS H. SCOLA, III, an
individual,

    Defendants.
_____/

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTIONS FOR
DETERMINATION OF ENTITLEMENT TO ATTORNEYS' FEES (D.E. 185 AND 186)**

Defendants Shutts & Bowen, LLP and Kevin D. Cowan (the Shutts Defendants) hereby

submit this notice of supplemental authority in support of their Motion and Memorandum for a

Determination of Entitlement to Attorneys' Fees Pursuant to Florida Statutes Sections 501.2105

and 542.22 against Plaintiff SLS Properties Three, LLC and their Motion and Memorandum for

Determination of Entitlement to Attorneys' Fees Pursuant to Section 768.79, Florida Statutes against Plaintiff SLS Properties Three, LLC (the "Motions").

In addition to the authorities previously cited in the Motions, the Shutts Defendants rely on *Abu-Ghazaleh v. Chaul*, 36 So. 3d 691, 694-95 (Fla. 3d DCA 2009).  In *Abu-Ghazaleh*, the plaintiffs' claim was dismissed for lack of standing, and the Court held the plaintiffs liable for attorneys' fees under Florida's civil theft statute (Fla. Stat. § 772.11), as they had "raised a claim that was without substantial legal support."  Similarly here, the Court dismissed the claims of SLS Properties Three, LLC for lack of standing, and the Shutts Defendants seek fees as prevailing parties under FDUTPA (Fla. Stat. § 501.2105), the Florida Antitrust Act (Fla. Stat. § 542.22), and Florida's proposal for settlement statute (Fla. Stat. § 768.79).  The *Abu-Ghazaleh* Court further ruled that non-parties related to the dismissed plaintiffs could be treated as parties for purposes of the civil theft statute and the Florida proposal for settlement statute.  *Id.* at 693-94.  The Shutts Defendants likewise seek fees under the proposal for settlement statute.

Wherefore, the Shutts Defendants respectfully request that the Motions be granted.

Respectfully submitted,

By: */s/ David J. Zack*
Kendall B. Coffey, Esq. – Florida Bar No. 259861
kcoffey@coffeyburlington.com
Kevin C. Kaplan, Esq. – Florida Bar No. 933848
kkaplan@coffeyburlington.com
David J. Zack, Esq. – Florida Bar No. 641685
dzack@coffeyburlington.com
vmontejo@coffeyburlington.com
service@coffeyburlington.com
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, Florida  33133
Telephone: (305) 858-2900
Facsimile:  (305) 858-5261
*Counsel for Defendants Shutts & Bowen, LLP and Kevin D. Cowan*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on October 27, 2016, upon all counsel or parties of record on the Service List below.

*/s/ David J. Zack*
David J. Zack

**SERVICE LIST**

**Case No. 1:15-cv-24176-GAYLES**

**SERVICE LIST**

| | |
|---|---|
| **Jerrold A. Wish, Esq.**<br>jwish@wishlaw.net<br>THE WISH LAW FIRM<br>1927 NW 104th Way<br>Gainesville, Florida 32606<br>Telephone: (786) 200-7077<br><br>*Attorneys for Plaintiff* | **Adam J. Breeden, Esq.**<br>Adam@Breedenandassociates.com<br>BREEDEN & ASSOCIATES, PLLC<br>1404 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Telephone: (702) 508-9250<br>Facsimile: (702) 508-9365<br><br>*Attorneys for Plaintiff* |
| **Ronald L. Kammer, Esq.**<br>rkammer@hinshawlaw.com<br>dphangsang@hinshawlaw.com<br>nbroche@hinshawlaw.com<br>**H. Steven Vogel, Esq.**<br>svogel@hinshawlaw.com<br>clucas@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP<br>2525 Ponce de Leon Blvd., 4th Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 358-7747<br>Facsimile: (305) 577-1063<br><br>*Attorneys for Defendant Watson Investigations, LLC* | **Thomas R. Lehman, Esq.**<br>trl@lklsg.com<br>ar@lklsg.com<br>LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP<br>Miami Center, 22nd Floor<br>201 South Biscayne Blvd.<br>Miami, FL 33133<br>Telephone: (305) 403-8788<br>Facsimile: (305) 403-8789<br><br>*Attorneys for Defendants Omar Botero, Alianza Financial Services, LLC and Alianza Holdings, LLC* |

| | |
|---|---|
| **Charles Tatelbaum, Esq.**<br>cmt@trippscott.com<br>lxc@trippscott.com<br>**Michael c. Foster, Esq.**<br>mcf@trippscott.com<br>iah@trippscott.com<br>**Edward R. Curtis, Esq.**<br>erc@trippscott.com<br>pfb@trippscott.com<br>**Christina V. Paradowski, Esq.**<br>cvp@trippscott.com<br>TRIPP SCOTT, P.A.<br>110 S.E. 6th Street, 15th Floor<br>Ft. Lauderdale, FL  33301<br>Telephone:  (954) 525-7500<br>Facsimile:  (54) 761-7500 | **Lawrence D. Goodman, Esq.**<br>**Caitlin M. Clarke, Esq.**<br>lgoodman@devinegoodman.com<br>cclarke@devinegoodman.com<br>efiling@devinegoodman.com<br>rkuntz@devinegoodman.com<br>smallet@devinegoodman.com<br>DEVINE GOODMAN RASCO & WATTS FITZGERALD, LLP<br>2800 Ponce de Leon Blvd., Suite 1400<br>Coral Gables, Florida  33134<br>Telephone:  (305) 374-8200<br>Facsimile:  (305) 374-8208<br><br>*Attorneys for Defendants JA Energy Resources, LLC and Jorge Arevalo* |
| **Albert F. Delaney,** *Pro Se*<br>45 Scarlet Woods Court<br>Spring, TX  77380<br>Telephone:  (786) 683-0002<br>vfsdelaney@att.net<br><br>*Defendant* | |