UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-24176-GAYLES

JAWHBS LLC, a Florida limited liability
company,

      Plaintiff,

vs.

JORGE AREVALO, an individual;
JA ENERGY RESOURCES, LLC, a Florida
limited liability company; SHUTTS &
BOWEN, LLP, a Florida limited liability
Partnership; KEVIN D. COWAN, an
Individual; OMAR BOTERO, an individual;
ALIANZA FINANCIAL SERVICES, LLC, a
Florida limited liability company; ALIANZA
HOLDINGS, LLC, a Florida limited liability
partnership; AL DELANEY, an individual;
CRYSTAL TOWER PARTNERS II, LLC, a
Florida limited liability company; CRYSTAL
TOWER ON BRICKELL PLAZA, LLC, a
Florida limited liability company; WATSON
INVESTIGATIONS, LLC, a Florida limited
liability company; STEVEN CARLYLE
CRONIG, an individual, FRANCIS H. SCOLA, III, an
individual,

      Defendants.
_____/

**RESPONSE TO UNOPPOSED PLAINTIFF'S MOTION OR REQUEST FOR HEARING
AND ORAL ARGUMENT AS TO JOINT MOTION TO DISMISS AND SEPARATE
<u>MOTION TO DISMISS (ECF 252)</u>**

Defendants Shutts & Bowen, LLP and Kevin D. Cowan (the "Shutts Defendants")

hereby submit their response to the Unopposed Plaintiff's Motion or Request for Hearing and

Oral Argument as to Joint Motion to Dismiss and Separate Motion to Dismiss (the "Motion").

The Shutts Defendants neither request nor oppose a hearing on the pending motions to dismiss. However, the Shutts Defendants object to the unnecessary, inappropriate and baseless editorializing contained in the Motion about the size of Plaintiff's speculative claim it purchased for $25,000 from the Bankruptcy Trustees. The Shutts Defendants also object to the statement that the Plaintiff's counsel could locate no defects in its pleading and needed to "discuss this with the Court." Plaintiff has been afforded fifty total pages to make its arguments about the pending motions to dismiss, and it should not use this request for a hearing as a platform to reargue its papers or to further opine on the Court's prior orders.

When Plaintiff's counsel asked if there would be opposition to a hearing being scheduled, counsel for the Shutts Defendants indicated that they would not oppose such a request. The Shutts Defendants were not aware, however, that the Plaintiff would insert prejudicial and baseless assertions in its request, and the Shutts Defendants oppose such statements.

Having already dismissed two prior versions of the Complaint, the Court is well aware of the allegations of this case. Plaintiff's insertion of a baseless and speculative damages estimate in its request for oral argument cannot conceivably be intended to advise the Court of information pertinent to the pending motions to dismiss. Rather, the only conceivable purpose would be to seek press interest in the proceedings. Such tactics should not be permitted.

Wherefore, the Shutts Defendants respectfully request that the Court strike paragraph 4 from the Motion.

                Respectfully submitted,

                By: */s/ Kendall Coffey*
                Kendall B. Coffey, Esq. – Florida Bar No. 259861
                kcoffey@coffeyburlington.com
                Kevin C. Kaplan, Esq. – Florida Bar No. 933848
                kkaplan@coffeyburlington.com

2

>David J. Zack, Esq. – Florida Bar No. 641685
>dzack@coffeyburlington.com
>vmontejo@coffeyburlington.com
>service@coffeyburlington.com
>COFFEY BURLINGTON, P.L.
>2601 South Bayshore Drive, Penthouse One
>Miami, Florida  33133
>Telephone: (305) 858-2900
>Facsimile:  (305) 858-5261
>*Counsel for Defendants Shutts & Bowen, LLP and Kevin D. Cowan*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on November 1, 2016, on all counsel or parties of record on the Service List below.

>*/s/ David J. Zack*
>David J. Zack

## SERVICE LIST

### Case No. 1:15-cv-24176-GAYLES

## SERVICE LIST

| | |
|---|---|
| **Jerrold A. Wish, Esq.**<br>jwish@wishlaw.net<br>THE WISH LAW FIRM<br>1927 NW 104th Way<br>Gainesville, Florida  32606<br>Telephone:  (786) 200-7077<br><br>*Attorneys for Plaintiff* | **Adam J. Breeden, Esq.**<br>Adam@Breedenandassociates.com<br>BREEDEN & ASSOCIATES, PLLC<br>1404 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Telephone:  (702) 508-9250<br>Facsimile:   (702) 508-9365<br><br>*Attorneys for Plaintiff* |
| **Ronald L. Kammer, Esq.**<br>rkammer@hinshawlaw.com<br>dphangsang@hinshawlaw.com<br> nbroche@hinshawlaw.com<br>**H. Steven Vogel, Esq.**<br>svogel@hinshawlaw.com<br>clucas@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP<br>2525 Ponce de Leon Blvd., 4th Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 358-7747<br>Facsimile: (305) 577-1063<br><br>*Attorneys for Defendant Watson Investigations, LLC* | **Thomas R. Lehman, Esq.**<br>trl@lklsg.com<br>ar@lklsg.com<br>LEVINE KELLOGG LEHMAN SCHNEIDER & GROSSMAN LLP<br>Miami Center, 22nd Floor<br>201 South Biscayne Blvd.<br>Miami, FL  33133<br>Telephone:  (305) 403-8788<br>Facsimile:  (305) 403-8789<br><br>*Attorneys for Defendants Omar Botero, Alianza Financial Services, LLC and Alianza Holdings, LLC* |
| **Charles Tatelbaum, Esq.**<br>cmt@trippscott.com<br>lxc@trippscott.com<br>**Michael c. Foster, Esq.**<br>mcf@trippscott.com<br>iah@trippscott.com<br>**Edward R. Curtis, Esq.**<br>erc@trippscott.com<br>pfb@trippscott.com<br>**Christina V. Paradowski, Esq.**<br>cvp@trippscott.com<br>TRIPP SCOTT, P.A. | **Lawrence D. Goodman, Esq.**<br>**Caitlin M. Clarke, Esq.**<br>lgoodman@devinegoodman.com<br>cclarke@devinegoodman.com<br>efiling@devinegoodman.com<br>rkuntz@devinegoodman.com<br>smallet@devinegoodman.com<br>DEVINE GOODMAN RASCO & WATTS FITZGERALD, LLP<br>2800 Ponce de Leon Blvd., Suite 1400<br>Coral Gables, Florida  33134<br>Telephone:  (305) 374-8200 |

4

| | |
|---|---|
| 110 S.E. 6th Street, 15th Floor<br>Ft. Lauderdale, FL  33301<br>Telephone:  (954) 525-7500<br>Facsimile:  (54) 761-7500 | Facsimile:  (305) 374-8208<br><br>*Attorneys for Defendants JA Energy Resources, LLC and Jorge Arevalo* |
| **Albert F. Delaney,** *Pro Se*<br>45 Scarlet Woods Court<br>Spring, TX  77380<br>Telephone:  (786) 683-0002<br>vfsdelaney@att.net<br><br>*Defendant* | |