**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

**Case No.: 15-24176-CV-GAYLES**

JAWHBS LLC, a Florida limited liability company,

Plaintiff,

vs.

JORGE E. AREVALO, an individual; JA ENERGY RESOURCES, LLC, a Florida limited liability company; SHUTTS & BOWEN, LLP, a Florida limited liability partnership; KEVIN D. COWAN, an individual; OMAR BOTERO aka OMAR BOTERO-PARAMO, an individual; ALIANZA FINANCIAL SERVICES, LLC, a Florida limited liability company; ALIANZA HOLDINGS, LLC, a Florida limited liability partnership; ALBERT F. DELANEY, aka AL DELANEY, an individual; CRYSTAL TOWER PARTNERS II, LLC, a Florida limited liability company; CRYSTAL TOWER ON BRICKELL PLAZA, LLC, a Florida limited liability company; WATSON BRICKELL DEVELOPMENT, LLC f/k/a WATSON INVESTIGATIONS, LLC, a Florida limited liability company; STEVEN CARLYLE CRONIG, an individual; and FRANCIS H. "FRAN" SCOLA, III, an individual;

Defendants.

**STIPULATION DISMISSING DEFENDANT FRANCIS SCOLA ONLY**

**STIPULATION DISMISSING DEFENDANT FRANCIS SCOLA ONLY**

IT IS HEREBY STIPULATED by and between the Parties through their undersigned counsel of record that;

First, Plaintiff JAWHBS, LLC and SLS Properties Three, LLC dismiss all claims against Defendant Francis Scola only with prejudice;

Second, each party shall bear its own fees and costs associated with the dismissal of Mr. Scola only;

Third, the dismissal does not preclude Mr. Scola from being called as a witness as trial or subject to discovery as a non-party;

Fourth, the dismissal shall have no effect on Watson Brickell Development's pending or future Motion for Attorney Fees;

Fifth, that this dismissal does not dispose of all claims as to all Defendants and, therefore, there are no hearing dates, pending motions or pre-trial/trial dates for the Court to vacate.

A proposed Order is attached as Exhibit 1.

Dated this 13th day of March, 2017.

**/s/ Adam J. Breeden**

Adam J. Breeden, Esq.
Florida Bar # 124046
Adam@breedenandassociates.com
BREEDEN & ASSOCIATES, PLLC
1404 S. Jones Blvd.
Las Vegas, NV 89146
Ph. 702-508-9250
*Counsel for Plaintiff*

**/s/ H. Steve Vogel**

Ronald L. Kammer, Esq.
Florida Bar # 360589
H. Steven Vogel, Esq.
Florida Bar # 432784
rkammer@hinshawlaw.com
svogel@hinshawlaw.com
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd, 4th Floor
Coral Gables, FL, 33134
Tel: 305-428-5100 | Fax: 305-577-1063
*Counsel for Francis Scola*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation to Dismiss Defendant Scola only was served on the 13th day of March 2017, on all counsel or parties of record on the service list through the Court's ECF system or as otherwise indicated.

**s/ Adam J. Breeden**

Adam J. Breeden, Esq.
Florida Bar # 124046
Adam@breedenandassociates.com
BREEDEN & ASSOCIATES, PLLC
1404 S. Jones Blvd.
Las Vegas, NV 89146
Ph. 702-508-9250
Fax 702-508-9365

Jerrold A. Wish, Esq.
Florida Bar # 352721
jwish@wishlaw.net
THE WISH LAW FIRM
1927 NW 104th Way
Gainesville FL 32606
Ph. 786-200-7077
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**Case No.: 15-24176-CV-GAYLES**
SERVICE LIST

| | |
|---|---|
| Adam J. Breeden, Esq.<br>Adam@breedenandassociates.com<br>BREEDEN & ASSOCIATES, PLLC<br>1404 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Ph: 702-508-9250<br>Fax: 702-508-9365<br>*Co-Counsel for Plaintiffs* | Jerrold A. Wish, Esq.<br>Jwish@wishlaw.net<br>THE WISH LAW FIRM<br>1927 NW 104th Way<br>Gainesville, FL 32606<br>Ph: 786-200-7077<br>*Co-Counsel for Plaintiffs* |
| Kendall Coffey, Esq.<br>kcoffey@coffeyburlington.com<br>Kevin C. Kaplan, Esq.<br>kkaplan@coffeyburlington.com<br>David Zack, Esq.<br>dzack@coffeyburlington.com<br>COFFEY BURLINGTON<br>2601 South Bayshore Drive, PH1<br>Miami, FL 33133<br>Tel: 305.858.2900<br>Fax: 305.858.5261<br>*Counsel for Shutts & Bowen, LLP and Kevin Cowan* | Charles M. Tatelbaum, Esq.<br>cmt@trippscott.com<br>Edward Curtis, Esq.<br>erc@trippscott.com<br>Michael C. Foster, Esq.<br>mcf@trippscott.com<br>TRIPP SCOTT<br>110 S.E. 6th Street, 15th Floor<br>Ft. Lauderdale, FL 33301<br>Ph. 954-525-7500<br>Fax 954-761-7501<br>*Counsel for Steven C. Cronig* |
| Ronald L. Kammer, Esq.<br>rkammer@hinshawlaw.com<br>H. Steven Vogel, Esq.<br>svogel@hinshawlaw.com<br>HINSHAW & CULBERTSON, LLP<br>2525 Ponce de Leon Blvd., 4th Floor<br>Coral Gables, FL 33134<br>Ph. 305-358-7747<br>Fax 305-577-1063<br>*Counsel for Watson Investigations, LLC and Francis Scola* | Omar Botero<br>3333 Halissee Street<br>Miami, FL 33133<br>*Defendant- Served via US Mail and E-mail*<br>omar@alianzadevelopmentgroup.com<br><br>Alianza Financial Services, LLC<br>Alianza Holdings, LLC<br>999 Brickell Ave. PH 1002<br>Miami, FL 33133<br>*Defendants- Served via US Mail and E-mail* |
| Lawrence Goodman, Esq.<br>lgoodman@devinegoodman.com<br>DEVINE GOODMAN et. al.<br>2800 Ponce de Leon Boulevard, Suite 1400<br>Coral Gables, FL 33134<br>Ph. 305.374.8200<br>Fax 305.374.8208<br>*Counsel for JA Energy Resources, LLC and Jorge Arevalo* | Albert Delaney<br>Delaneyal@att.net<br>45 Scarlet Woods Court<br>Spring, TX 77380<br>*Via E-mail outside the ECF system per consent given on 3/14/2016* |