**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 15-cv-24176-GAYLES

**JAWHBS, LLC,**
        Plaintiff,

    v.

**JORGE E. AREVALO, et al.,**
        Defendants.
_____/

**ORDER DISMISSING DEFENDANT FRANCIS H. "FRAN" SCOLA, III**

**THIS CAUSE** comes before the Court on the parties' Stipulation Dismissing Defendant Francis Scola Only [ECF No. 299]. Being fully advised, it is **ORDERED AND ADJUDGED** as follows:

(1) Plaintiff JAWHBS, LLC's claims against Defendant Francis H. "Fran" Scola, III, are **DISMISSED WITH PREJUDICE**;

(2) each party shall bear its own fees and costs associated with the dismissal of Defendant Scola only;

(3) dismissal does not preclude Defendant Scola from being called as a witness at trial or subject to discovery as a nonparty; and

(4) dismissal shall have no effect on Defendant Watson Brickell Development's pending Motion for Attorney's Fees or any future motion for attorney's fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of March, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE