UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:15-cv-24176-GAYLES

**JAWHBS LLC**, a Florida limited liability company,

    Plaintiff,

vs.

**JORGE AREVALO**, an individual;
**JA ENERGY RESOURCES, LLC**, a Florida limited liability company; **SHUTTS & BOWEN LLP**, a Florida limited liability Partnership; **KEVIN D. COWAN**, an Individual; **OMAR BOTERO**, an individual; **ALIANZA FINANCIAL SERVICES, LLC**, a Florida limited liability company; **ALIANZA HOLDINGS, LLC**, a Florida limited liability partnership; **AL DELANEY**, an individual; **CRYSTAL TOWER PARTNERS II, LLC**, a Florida limited liability company; **CRYSTAL TOWER ON BRICKELL PLAZA, LLC**, a Florida limited liability company; **WATSON INVESTIGATIONS, LLC**, a Florida limited liability company; **STEVEN CARLYLE CRONIG**,

    Defendants.
_____/

## NOTICE OF FILING

Please take notice that Defendants, SHUTTS & BOWEN LLP, KEVIN D. COWAN, JORGE AREVALO, and JA ENERGY RESOURCES, LLC by and through undersigned counsel, hereby give notice of filing the following in support of DEFENDANTS' STATEMENT OF FACTS IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT:

1. Attached as **Exhibit 1**, a true and correct copy of Volume I and Volume II of the deposition transcript of Jorge Arevalo, taken on November 15, 2016.

2. Attached as **Exhibit 2**, a true and correct copy of the full hearing transcript before the Bankruptcy Court in the Southern District of Florida on July 10, 2013, ECF No. 63.

3. Attached as **Exhibit 3**, a true and correct copy of the full transcript from the deposition of Albert F. Delaney, Jr., taken on July 25, 2016.

4. Attached as **Exhibit 4**, a true and correct copy Volume I and Volume II of the deposition transcript of Omar Botero, taken on August 3, 2016.

5. Attached as **Exhibit 5**, a true and correct copy of the full deposition transcript of Kevin Cowan, taken on January 25, 2017.

6. Attached as **Exhibit 6**, a true and correct copy of the following pages from the deposition transcript of Herb Sider, taken on March 7, 2017, pages: 105 and 106.

7. Attached as **Exhibit 7**, a true and correct copy of the full deposition transcript of Drew Dillworth, taken on March 8, 2017.

8. Attached as **Exhibit 8**, a true and correct copy of the following pages from the deposition transcript of Jerrold Wish, taken on February 22, 2017, pages: 81 and 113.

9. Attached as **Exhibit 9**, a true and correct copy of the following pages from the deposition transcript of Francis H. Scola, III, taken on February 16, 2017, pages: 12, 15, 45, and 52.

10. Attached as **Exhibit 10**, a true and correct copy of the full hearing transcript before the Bankruptcy Court in the Southern District of Florida on July 16, 2013, ECF No. 78.

11. Attached as **Exhibit 11**, A true and correct copy of the following page from the deposition transcript of Howard Shapiro, taken on February 14, 2017, page: 86.

COFFEY | BURLINGTON

2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900  F. 305·858·5261

12. Attached as **Exhibit 12**, a true and correct copy of Terms for Capitalization, July 8, 2013.

13. Attached as **Exhibit 13**, a true and correct copy of the full deposition transcript of Kevin Cowan, taken on March 20, 2014.

14. Attached as **Exhibit 14**, a true and correct copy of Option Agreement.

15. Attached as **Exhibit 15**, a true and correct copy of the following pages from the deposition transcript of Steven Cronig, taken on January 26, 2017, pages: 64, 65, and 66.

16. Attached as **Exhibit 16**, a true and correct copy of the Order from the Bankruptcy Court in the Southern District of Florida on July 22, 2013, ECF No. 73.

17. Attached as **Exhibit 17**, a true and correct copy of the full hearing transcript before the Bankruptcy Court in the Southern District of Florida on April 30, 2015, ECF No. 292.

Respectfully submitted,

By: */s/ Kendall B. Coffey*
Kendall B. Coffey, Esq. – Florida Bar No. 259861
kcoffey@coffeyburlington.com
Kevin C. Kaplan, Esq. – Florida Bar No. 933848
kkaplan@coffeyburlington.com
lperez@coffeyburlington.com
David J. Zack, Esq. – Florida Bar No. 641685
dzack@coffeyburlington.com
vmontejo@coffeyburlington.com
service@coffeyburlington.com
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, Florida  33133
Telephone: (305) 858-2900
Facsimile:  (305) 858-5261
*Counsel for Defendants Shutts & Bowen LLP and Kevin D. Cowan*

*/s/ Lawrence Goodman*
Lawrence D. Goodman, Esq.
Florida Bar No. 712647
lgoodman@devinegoodman.com
efiling@devinegoodman.com
smallet@devinegoodman.com
DEVINE GOODMAN RASCO
WATTS-FITZFERALD, LLP
2800 Ponce de Leon Boulevard, Suite 1400
Coral Gables, FL 33134
Telephone: (305) 374-8200
Facsimile: (305) 374-8208
*Counsel for JA Energy Resources, LLC and Jorge Arevalo*

COFFEY | BURLINGTON
2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900  F. 305·858·5261

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on March 28, 2017, on all counsel or parties of record on the Service List below.

*/s/ Kendall B. Coffey*
Kendall B. Coffey

## SERVICE LIST
*JAWHBS, LLC vs. Arevalo, et al.*
**Case No. 1:15-cv-24176-GAYLES**

| | |
|---|---|
| **Jerrold A. Wish, Esq.**<br>jwish@wishlaw.net<br>THE WISH LAW FIRM<br>1927 NW 104th Way<br>Gainesville, Florida 32606<br>Telephone: (786) 200-7077<br><br>*Attorneys for Plaintiff* | **Adam J. Breeden, Esq.**<br>adam@breedenandassociates.com<br>tina@breedenandassociates.com<br>BREEDEN & ASSOCIATES, PLLC<br>1404 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Telephone: (702) 508-9250<br>Facsimile: (702) 508-9365<br><br>*Attorneys for Plaintiff* |
| **Ronald L. Kammer, Esq.**<br>rkammer@hinshawlaw.com<br>dphangsang@hinshawlaw.com<br>nbroche@hinshawlaw.com<br>**H. Steven Vogel, Esq.**<br>svogel@hinshawlaw.com<br>clucas@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP<br>2525 Ponce de Leon Blvd., 4th Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 358-7747<br>Facsimile: (305) 577-1063<br><br>*Attorneys for Defendant Watson Investigations, LLC* | **Charles Tatelbaum, Esq.**<br>cmt@trippscott.com<br>iah@trippscott.com<br>**Michael C. Foster, Esq.**<br>mcf@trippscott.com<br>lxc@trippscott.com<br>**Edward R. Curtis, Esq.**<br>erc@trippscott.com<br>pfb@trippscott.com<br>**Christina V. Paradowski, Esq.**<br>cvp@trippscott.com<br>TRIPP SCOTT, P.A.<br>110 S.E. 6th Street, 15th Floor<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 525-7500<br>Facsimile: (954) 761-7500<br><br>*Attorneys for Steven C. Cronig* |

| | |
|---|---|
| **Omar Botero,** *Pro Se* <br> 3333 Halissee Street <br> Miami, Florida 33133 <br> omar@alianzadevelopmentgroup.com <br><br> *Defendant* | **Albert F. Delaney,** *Pro Se* <br> 45 Scarlet Woods Court <br> Spring, TX  77380 <br> Telephone:  (786) 683-0002 <br> vfsdelaney@att.net <br> Delaneyal@att.net <br><br> *Defendant* |
| **Alianza Holdings, LLC** <br> c/o Omar Botero, as managing member <br> 2020 Coral Way, Suite 2-363 <br> Miami, Florida  33145 <br> omar@alianzadevelopmentgroup.com <br><br> *Defendant* | **Alianza Financial Services, LLC** <br> c/o Omar Botero, as managing member <br> 2020 Coral Way, Suite 2-363 <br> Miami, Florida  33145 <br> omar@alianzadevelopmentgroup.com <br><br> *Defendant* |

COFFEY | BURLINGTON

2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900  F. 305·858·5261