UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-24176-GAYLES

**JAWHBS LLC**, a Florida limited liability company,

     Plaintiff,

vs.

**JORGE AREVALO**, an individual;
**JA ENERGY RESOURCES, LLC**, a Florida limited liability company; **SHUTTS & BOWEN LLP**, a Florida limited liability Partnership; **KEVIN D. COWAN**, an Individual; **OMAR BOTERO**, an individual; **ALIANZA FINANCIAL SERVICES, LLC**, a Florida limited liability company; **ALIANZA HOLDINGS, LLC**, a Florida limited liability partnership; **AL DELANEY**, an individual; **CRYSTAL TOWER PARTNERS II, LLC**, a Florida limited liability company; **CRYSTAL TOWER ON BRICKELL PLAZA, LLC**, a Florida limited liability company; **WATSON INVESTIGATIONS, LLC**, a Florida limited liability company; **STEVEN CARLYLE CRONIG**.

     Defendants.
_____/

**DEFENDANTS' NOTICE OF WITHDRAWING MOTIONS [ECF 185, 186, 191, and 192]**

Defendants Shutts & Bowen LLP, Kevin D. Cowan, Omar Botero, Alianza Financial Services, LLC and Alianza Holdings, LLC hereby give notice of withdrawing their respective motions seeking attorneys' fees, to wit, Motion and Memorandum for Determination of Entitlement to Attorneys' Fees Pursuant to Section 768.79, Florida Statutes, Against Plaintiff SLS Properties Three, LLC [ECF No. 185], Motion and Memorandum for a Determination of Entitlement to Attorneys' Fees Pursuant to Florida Statutes §§ 501.2105 Against Plaintiff SLS

Properties Three, LLC [ECF NO. 186], Motion to Bifurcate Attorney's Fees Determination [EDF No. 191] and Motion and Memorandum in Support of Entitlement to Attorneys' Fees and Costs Pursuant to Section 768.79, Florida Statutes, Against Plaintiff SLS Properties Three, LLC [ECF No. 192].

Respectfully submitted,

By:    /s/Kendall Coffey
Kendall B. Coffey – Florida Bar No. 259861
kcoffey@coffeyburlington.com
Kevin C. Kaplan – Florida Bar No. 933848
kkaplan@coffeyburlington.com
lperez@coffeyburlington.com
David J. Zack – Florida Bar No. 641685
dzack@coffeyburlington.com
vmontejo@coffeyburlington.com
service@coffeyburlington.com
COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261

*Counsel for Defendants Shutts & Bowen LLP and Kevin D. Cowan*

/s/Omar Botero
**Omar Botero, individually and as Managing Member on behalf of Alianza Financial Services, LLC, and Alianza Holdings, LLC, and Manager on behalf of Crystal Tower on Brickell Plaza, LLC and Crystal Tower Partners II, LLC**
3333 Halissee Street
Miami, Florida 33133
omar@alianzadevelopmentgroup.com

*Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on May 2, 2017, on all counsel or parties of record on the Service List below.

                                                         */s/ Kendall Coffey*
                                                         Kendall Coffey

COFFEY | BURLINGTON
2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900  F. 305·858·5261

## SERVICE LIST
*JAWHBS, LLC vs. Arevalo, et al.*
Case No. 1:15-cv-24176-GAYLES

| | |
|---|---|
| **Jerrold A. Wish, Esq.**<br>jwish@wishlaw.net<br>THE WISH LAW FIRM<br>1927 NW 104th Way<br>Gainesville, Florida  32606<br>Telephone:  (786) 200-7077<br><br>*Attorneys for Plaintiff* | **Adam J. Breeden, Esq.**<br>adam@breedenandassociates.com<br>tina@breedenandassociates.com<br>BREEDEN & ASSOCIATES, PLLC<br>1404 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Telephone:  (702) 508-9250<br>Facsimile:   (702) 508-9365<br><br>*Attorneys for Plaintiff* |
| **Ronald L. Kammer, Esq.**<br>rkammer@hinshawlaw.com<br>dphangsang@hinshawlaw.com<br>nbroche@hinshawlaw.com<br>**H. Steven Vogel, Esq.**<br>svogel@hinshawlaw.com<br>clucas@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP<br>2525 Ponce de Leon Blvd., 4th Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 358-7747<br>Facsimile: (305) 577-1063<br><br>*Attorneys for Defendant Watson Investigations, LLC* | **Charles Tatelbaum, Esq.**<br>cmt@trippscott.com<br>iah@trippscott.com<br>**Michael C. Foster, Esq.**<br>mcf@trippscott.com<br>lxc@trippscott.com<br>**Edward R. Curtis, Esq.**<br>erc@trippscott.com<br>pfb@trippscott.com<br>**Christina V. Paradowski, Esq.**<br>cvp@trippscott.com<br>TRIPP SCOTT, P.A.<br>110 S.E. 6th Street, 15th Floor<br>Ft. Lauderdale, FL  33301<br>Telephone: (954) 525-7500<br>Facsimile:  (954) 761-7500<br><br>*Attorneys for Steven C. Cronig* |

COFFEY | BURLINGTON
2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900  F. 305·858·5261

| | |
|---|---|
| **Lawrence D. Goodman, Esq.**<br>**Caitlin M. Clarke, Esq.**<br>lgoodman@devinegoodman.com<br>cclarke@devinegoodman.com<br>efiling@devinegoodman.com<br>rkuntz@devinegoodman.com<br>smallet@devinegoodman.com<br>DEVINE GOODMAN RASCO & WATTS FITZGERALD, LLP<br>2800 Ponce de Leon Blvd., Suite 1400<br>Coral Gables, Florida  33134<br>Telephone:  (305) 374-8200<br>Facsimile:  (305) 374-8208<br><br>*Attorneys for Defendants JA Energy Resources, LLC and Jorge Arevalo* | **Albert F. Delaney,** *Pro Se*<br>45 Scarlet Woods Court<br>Spring, TX  77380<br>Telephone:  (786) 683-0002<br>vfsdelaney@att.net<br>Delaneyal@att.net<br><br>*Defendant* |
| **Omar Botero,** *Pro Se*<br>3333 Halissee Street<br>Miami, Florida 33133<br>omar@alianzadevelopmentgroup.com<br><br>*Defendant* | **Alianza Financial Services, LLC**<br>c/o Omar Botero, as managing member<br>2020 Coral Way, Suite 2-363<br>Miami, Florida  33145<br>omar@alianzadevelopmentgroup.com<br><br>*Defendant* |
| **Alianza Holdings, LLC**<br>c/o Omar Botero, as managing member<br>2020 Coral Way, Suite 2-363<br>Miami, Florida  33145<br>omar@alianzadevelopmentgroup.com<br><br>*Defendant* | |