UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:   15-24176-CV-GAYLES

JAWHBS LLC, a Florida limited liability
company;

    Plaintiff,
vs.

JORGE E. AREVALO, *et al*.

    Defendants.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SHUTTS & BOWEN LLP, KEVIN D. COWAN, JORGE E. AREVALO, OMAR BOTERO, ALBERT F. DELANEY, JA ENERGY RESOURCES, LLC, ALIANZA FINANCIAL SERVICES, LLC, ALIANZA HOLDINGS, LLC, CRYSTAL TOWER PARTNERS II, LLC, AND CRYSTAL TOWER ON BRICKELL PLAZA, LLC**

Pursuant to Federal Rules of Civil Procedure, Rule 41(a), Plaintiff JAWHBS, LLC and Defendants Shutts & Bowen LLP ("Shutts"), Kevin D. Cowan ("Cowan"), Jorge E. Arevalo ("Arevalo"), JA Energy Resources, LLC ("JA"), Omar Botero ("Botero"), Albert Delaney ("Delaney"), Alianza Financial Services, LLC ("Alianza Financial"), Alianza Holdings, LLC ("Alianza Holdings"), Crystal Tower Partners II, LLC ("Crystal Tower Partners") and Crystal Tower on Brickell Plaza, LLC ("Crystal Tower") hereby **STIPULATE** to **DISMISSAL WITH PREJUDICE** of all claims against Shutts, Cowan, Arevalo, JA, Botero, Delaney, Alianza Financial, Alianza Holdings, Crystal Tower Partners, and Crystal Tower, with each party to bear his or its own attorneys' fees and costs.[1]

---

[1] The Parties have entered into and executed a Release and Settlement Agreement. A copy of the Release and Settlement Agreement is attached as Exhibit "A".

1

Wherefore, the parties hereto respectfully request that the Court enter the Order of Dismissal with Prejudice attached hereto as Exhibit B and affirm the settlement agreement.

Respectfully submitted,

| | |
|---|---|
| /s/Kendall Coffey<br>**Kendall B. Coffey**<br>Florida Bar No. 259861<br>Kevin C. Kaplan.<br>Florida Bar No. 933848<br>David J. Zack<br>Florida Bar No. 641685<br>COFFEY BURLINGTON, P.L.<br>2601 South Bayshore Drive, Penthouse<br>Miami, Florida  33133<br>Telephone: (305) 858-2900<br>Facsimile:  (305) 858-5261<br>kcoffey@coffeyburlington.com<br>kkaplan@coffeyburlington.com<br>dzack@coffeyburlington.com<br>vmontejo@coffeyburlington.com<br>service@coffeyburlington.com<br>*Counsel for Defendants Shutts & Bowen LLP and Kevin D. Cowan* | /s/ Jerrold A. Wish<br>**Jerrold A. Wish**<br>THE WISH LAW FIRM<br>1927 NW 104th Way<br>Gainesville, Florida  32606<br>Telephone:  (786) 200-7077<br>jwish@wishlaw.net<br>*Attorneys for Plaintiff* |
| /s/Lawrence D. Goodman<br>**Lawrence D. Goodman, Es**q.<br>Caitlin M. Clarke, Esq.<br>DEVINE GOODMAN RASCO & WATTS FITZGERALD, LLP<br>2800 Ponce de Leon Blvd., Suite 1400<br>Coral Gables, Florida  33134<br>Telephone:  (305) 374-8200<br>Facsimile:  (305) 374-8208<br>lgoodman@devinegoodman.com<br>cclarke@devinegoodman.com<br>efiling@devinegoodman.com<br>rkuntz@devinegoodman.com<br>smallet@devinegoodman.com<br>*Attorneys for Defendants JA Energy Resources, LLC and Jorge Arevalo* | */s/* Albert F. Delaney<br>**Albert F. Delaney,** *Pro Se*<br>45 Scarlet Woods Court<br>Spring, TX  77380<br>Telephone:  (786) 683-0002<br>vfsdelaney@att.net<br>Delaneyal@att.net<br>*Defendant* |

*/s/Omar Botero*
**Omar Botero, individually and as Managing Member on behalf of Alianza Financial Services, LLC, and Alianza Holdings, LLC, and Manager on behalf of Crystal Tower on Brickell Plaza, LLC and Crystal Tower Partners II, LLC**
3333 Halissee Street
Miami, Florida 33133
omar@alianzadevelopmentgroup.com

*Defendants*

## SERVICE LIST

*JAWHBS, LLC vs. Arevalo, et al.*
**Case No. 1:15-cv-24176-GAYLES**

| | |
|---|---|
| **Jerrold A. Wish, Esq.**<br>jwish@wishlaw.net<br>THE WISH LAW FIRM<br>1927 NW 104th Way<br>Gainesville, Florida 32606<br>Telephone: (786) 200-7077<br><br>*Attorneys for Plaintiff* | **Adam J. Breeden, Esq.**<br>adam@breedenandassociates.com<br>tina@breedenandassociates.com<br>BREEDEN & ASSOCIATES, PLLC<br>1404 S. Jones Blvd.<br>Las Vegas, NV 89146<br>Telephone: (702) 508-9250<br>Facsimile: (702) 508-9365<br><br>*Attorneys for Plaintiff* |
| **Ronald L. Kammer, Esq.**<br>rkammer@hinshawlaw.com<br>dphangsang@hinshawlaw.com<br>nbroche@hinshawlaw.com<br>**H. Steven Vogel, Esq.**<br>svogel@hinshawlaw.com<br>clucas@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP<br>2525 Ponce de Leon Blvd., 4th Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 358-7747<br>Facsimile: (305) 577-1063<br><br>*Attorneys for Defendant Watson Investigations, LLC* | **Charles Tatelbaum, Esq.**<br>cmt@trippscott.com<br>iah@trippscott.com<br>**Michael C. Foster, Esq.**<br>mcf@trippscott.com<br>lxc@trippscott.com<br>**Edward R. Curtis, Esq.**<br>erc@trippscott.com<br>pfb@trippscott.com<br>**Christina V. Paradowski, Esq.**<br>cvp@trippscott.com<br>TRIPP SCOTT, P.A.<br>110 S.E. 6th Street, 15th Floor<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 525-7500<br>Facsimile: (954) 761-7500<br><br>*Attorneys for Steven C. Cronig* |

**Lawrence D. Goodman, Esq.**
**Caitlin M. Clarke, Esq.**
lgoodman@devinegoodman.com
cclarke@devinegoodman.com
efiling@devinegoodman.com
rkuntz@devinegoodman.com
smallet@devinegoodman.com
DEVINE GOODMAN RASCO & WATTS FITZGERALD, LLP
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, Florida  33134
Telephone:  (305) 374-8200
Facsimile:  (305) 374-8208

*Attorneys for Defendants JA Energy Resources, LLC and Jorge Arevalo*

**Albert F. Delaney,** *Pro Se*
45 Scarlet Woods Court
Spring, TX  77380
Telephone:  (786) 683-0002
vfsdelaney@att.net
Delaneyal@att.net

*Defendant*

**Omar Botero,** *Pro Se*
3333 Halissee Street
Miami, Florida 33133
omar@alianzadevelopmentgroup.com

*Defendant*

**Alianza Holdings, LLC**
c/o Omar Botero, as managing member
2020 Coral Way, Suite 2-363
Miami, Florida  33145
omar@alianzadevelopmentgroup.com

*Defendant*

**Alianza Financial Services, LLC**
c/o Omar Botero, as managing member
2020 Coral Way, Suite 2-363
Miami, Florida  33145
omar@alianzadevelopmentgroup.com

*Defendant*