**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 15-24176-CV-GAYLES**

**JAWHBS LLC, a Florida limited liability company;**

**Plaintiff,**

**vs.**

**JORGE E. AREVALO,** ***et al.***

**Defendants.**
_______________________________________/

**STIPULATION OF SETTLEMENT/DISMISSAL WITH PREJUDICE AS TO WATSON BRICKELL DEVELOPMENT, LLC, FRANCIS H. SCOLA, III, AND STEVEN CARLYLE CRONIG**

Pursuant to Federal Rules of Civil Procedure, Rule 41(a), Plaintiff JAWHBS, LLC and Defendants, Watson Brickell Development, LLC f/k/a Watson Investigations, LLC and Steven Carlyle Cronig (collectively, "Defendants") hereby **STIPULATE** to **DISMISSAL WITH PREJUDICE** of all claims against the Defendants and advise the Court that they have settled this case pursuant to the Release and Settlement Agreement attached as Exhibit "A".

Wherefore, the parties request that the Court enter the Order of Dismissal with Prejudice attached as Exhibit "B".

Wherefore, the parties advise the Court that the Release and Settlement Agreement specifically does not release the Defendants' pending Rule 11 sanctions motion filed against Adam J. Breeden and Breeden & Associates PLLC.



15380334v1 8874

Respectfully submitted,

*/s/ Ronald L. Kammer*
**Ronald L. Kammer, Esq.,**
Florida Bar No. 360589
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, Florida 33134
Telephone: (305) 358-7747
Facsimile: (305) 577-1063
rkammer@hinshawlaw.com
dphangsang@hinshawlaw.com
nbroche@hinshawlaw.com
svogel@hinshawlaw.com
clucas@hinshawlaw.com
*Attorneys for Defendant Watson Investigations, LLC and Francis Scola*

*/s/ Jerrold A. Wish*
**Jerrold A. Wish**
THE WISH LAW FIRM
1927 NW 104th Way
Gainesville, Florida 32606
Telephone: (786) 200-7077
jwish@wishlaw.net
*Attorneys for Plaintiff*

*/s/ Charles Tatelbaum*
**Charles Tatelbaum, Esq.,**
Florida Bar No. 177540
TRIPP SCOTT, P.A.
110 S.E. 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Telephone: (954) 525-7500
Facsimile: (954) 761-7500
cmt@trippscott.com
iah@trippscott.com
*Attorneys for Steven C. Cronig*

## SERVICE LIST

***JAWHBS, LLC vs. Arevalo, et al.***
**Case No. 1:15-cv-24176-GAYLES**

**Jerrold A. Wish, Esq.**
jwish@wishlaw.net
THE WISH LAW FIRM
1927 NW 104th Way
Gainesville, Florida 32606
Telephone: (786) 200-7077

*Attorneys for Plaintiff*

**Adam J. Breeden, Esq.**
adam@breedenandassociates.com
tina@breedenandassociates.com
BREEDEN & ASSOCIATES, PLLC
1404 S. Jones Blvd.
Las Vegas, NV 89146
Telephone: (702) 508-9250
Facsimile: (702) 508-9365

*Attorneys for Plaintiff*

**Ronald L. Kammer, Esq.**
rkammer@hinshawlaw.com
dphangsang@hinshawlaw.com
nbroche@hinshawlaw.com
**H. Steven Vogel, Esq.**
svogel@hinshawlaw.com
clucas@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd., 4th Floor
Coral Gables, Florida 33134
Telephone: (305) 358-7747
Facsimile: (305) 577-1063

*Attorneys for Defendant Watson Investigations, LLC*

**Charles Tatelbaum, Esq.**
cmt@trippscott.com
iah@trippscott.com
**Michael C. Foster, Esq.**
mcf@trippscott.com
lxc@trippscott.com
**Edward R. Curtis, Esq.**
erc@trippscott.com
pfb@trippscott.com
**Christina V. Paradowski, Esq.**
cvp@trippscott.com
TRIPP SCOTT, P.A.
110 S.E. 6th Street, 15th Floor
Ft. Lauderdale, FL 33301
Telephone: (954) 525-7500
Facsimile: (954) 761-7500

*Attorneys for Steven C. Cronig*

**Lawrence D. Goodman, Esq.**
**Caitlin M. Clarke, Esq.**
lgoodman@devinegoodman.com
cclarke@devinegoodman.com
efiling@devinegoodman.com
rkuntz@devinegoodman.com
smallet@devinegoodman.com
DEVINE GOODMAN RASCO & WATTS FITZGERALD, LLP
2800 Ponce de Leon Blvd., Suite 1400
Coral Gables, Florida 33134
Telephone: (305) 374-8200
Facsimile: (305) 374-8208

*Attorneys for Defendants JA Energy Resources, LLC and Jorge Arevalo*

**Albert F. Delaney, *Pro Se***
45 Scarlet Woods Court
Spring, TX 77380
Telephone: (786) 683-0002
vfsdelaney@att.net
Delaneyal@att.net

*Defendant*

**Omar Botero, *Pro Se***
3333 Halissee Street
Miami, Florida 33133
omar@alianzadevelopmentgroup.com

*Defendant*

**Alianza Financial Services, LLC**
c/o Omar Botero, as managing member
2020 Coral Way, Suite 2-363
Miami, Florida 33145
omar@alianzadevelopmentgroup.com

*Defendant*

**Alianza Holdings, LLC**
c/o Omar Botero, as managing member
2020 Coral Way, Suite 2-363
Miami, Florida 33145
omar@alianzadevelopmentgroup.com

*Defendant*