UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-24176-GAYLES

JAWHBS, LLC,

            Plaintiff,

       v.

JORGE E. AREVALO, et al.,
            Defendants.

_____/

ORDER DISMISSING CASE

THIS CAUSE comes before the Court on the Stipulation of Dismissal With Prejudice as to Shutts & Bowen LLP; Kevin D. Cowan; Jorge E. Arevalo; Omar Botero; Albert F. Delaney; JA Energy Resources, LLC; Alianza Financial Services, LLC; Alianza Holdings, LLC; Crystal Tower Partners II, LLC; and Crystal Tower on Brickell Plaza, LLC [ECF No. 387] and the Stipulation of Settlement/Dismissal With Prejudice as to Watson Brickell Development, LLC; Francis H. Scola, III; and Steven Carlyle Cronig [ECF No. 392]. Being fully advised, it is

ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. Each party shall bear its own attorney's fees and costs. The Court retains jurisdiction to enforce the Releases and Settlement Agreements between the parties.

This action is CLOSED and all pending motions—save Defendants Steven Carlyle Cronig and Watson Brickell Development's Motion for Rule 11 Sanctions [ECF No. 389]—are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of May, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE