UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-24176-CIV-GAYLES/TURNOFF

JAWHBS, LLC and SLS PROPERTIES
THREE, LLC,
        Plaintiffs,

v.

JORGE E. AREVALO, et al.,
        Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge William C. Turnoff's Report of Magistrate Judge ("Report") [ECF No. 403]. Defendants filed a Joint Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure [ECF No. 389] seeking the imposition of sanctions against Plaintiff's counsel, Adam J. Breeden, Esq., of Breeden & Associates, LLC. The matter was referred to Judge Turnoff, pursuant to 28 U.S.C. § 636(b)(1)(B), for a Report and Recommendation. [ECF No. 397]. Judge Turnoff's Report recommends that the Court deny the Motion. Defendants have failed to timely object to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters,*

*L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court finds no clear error with Judge Turnoff's well-reasoned analysis and agrees that the Motion must be denied.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1)  Judge Turnoff's Report and Recommendation [ECF No. 403] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference; and

(2)  Defendants' Joint Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure [ECF No. 389] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of September, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE